**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALEXANDER SOWA, *et al.*,<br><br>on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | CASE NO. 1:23-cv-00636-SEG<br><br><u>CLASS ACTION</u><br><br>**JOINT STATEMENT REGARDING LOCAL RULES 23.1(C) AND 23.1(B)** |
| MICHAEL WEBER,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants.<br><br>[*caption continues on next page*] | CASE NO. 1:23-cv-00706-SEG |



2770133.4

| | |
|---|---|
| ANTHONY RUSSELL,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | CASE NO. 1:23-cv-01025-SEG |
| VALERIE JANE FORTE and DR. DONNA ANNE STRIGARI,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants.<br><br>[*caption continues on next page*] | CASE NO. 1:23-cv-01133-SEG |

| | | |
|---|---|---|
| STEVEN AVERBACH, individually and on behalf of all others similarly situated, Plaintiff, v. MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG, Defendants. | ) | CASE NO. 1:23-cv-01156-SEG |

Under Local Rule 23.1(C), Plaintiffs and Defendant Mercedes-Benz USA, LLC ("MBUSA") agree that no order is necessary limiting either the parties or counsel in communications with potential class members except as provided in Local Rule 23.1(C)(3).[1]

Additionally, MBUSA intends to file a motion to dismiss Plaintiffs' consolidated complaint once it is filed. Therefore, the parties agree that the 90-day deadline under Local Rule 23.1(B) for moving for class certification does not apply. Instead, the default deadline is 30 days after "all defendants have filed an answer to the complaint." L.R. 23.1(B). Plaintiff anticipates, as

[1] Defendant Mercedes-Benz Group AG has not yet appeared in this action. It has not been served nor has it agreed to waive service.

permitted by the Local Rule, seeking to extend that deadline upon a showing of "good cause." *Id.*

Dated: March 28, 2023

Respectfully submitted,

/s/ *Jonathan D. Selbin*
Jonathan Selbin (*pro hac vice*)
Muriel J. Kenfield-Kelleher (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, Eighth Floor
New York, New York 10013
Telephone: (212) 355-9500
jselbin@lchb.com
mkenfieldkelleher@lchb.com

s/ *Adam J. Levitt*
Adam J. Levitt (*pro hac vice*)
John E. Tangren (*pro hac vice*)
Daniel R. Ferri (*pro hac vice*)
Blake Stubbs (*pro hac vice*)
**DICELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com
bstubbs@dicellolevitt.com

Andrew R. Kaufman (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Suite 1640
Nashville, Tennessee 37201
Telephone: (615) 313-9000
akaufman@lchb.com

Ketan A. Patel (Ga. Bar #121099)
**CORPUS LAW PATEL, LLC**
P.O. Box 724713
Atlanta, Georgia 31139
Telephone: (678) 597-8020
kp@corpus-law.com

Kimberly A. Justice (*Pro Hac Vice*

Jonathan R. Chally
(Ga. Bar No. 141392)
Stephen D. Councill
(Ga. Bar No. 190358)
Joshua P. Gunnemann
(Ga. Bar No. 152250)
**COUNCILL, GUNNEMANN & CHALLY, LLC**
1210 West Peachtree St. NW, Ste. 2613
Atlanta, Georgia 30309
Telephone: (404) 407-5250
jchally@cgc-law.com
scouncill@cgc-law.com
jgunnemann@cgc-law.com

Alan M. Feldman (*Pro Hac Vice*

forthcoming)
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6487
kjustice@fklmlaw.com

forthcoming)
Edward S. Goldis (*Pro Hac Vice* forthcoming)
Zachary Arbitman (*Pro Hac Vice* forthcoming)
**FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK & DODIG, LLP**
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
Telephone: (215) 567-8300
afeldman@feldmanshepherd.com
egoldis@feldmanshepherd.com
zarbitman@feldmanshepherd.com

Ariana J. Tadler (*Pro Hac Vice* forthcoming)
Tony Kim (*Pro Hac Vice* forthcoming)
**TADLER LAW LLP**
22 Bayview Ave., Suite 200
Manhasset, New York 11030
Telephone: (212) 946-9300
atadler@tadlerlaw.com
tkim@tadlerlaw.com

A.J. de Bartolomeo (*Pro Hac Vice* forthcoming)
**TADLER LAW LLP**
P.O. Box 475847
3749 Buchanan St.
San Francisco, CA 94123
Telephone: (415) 226-0260
ajd@tadlerlaw.com

Jonathan Shub (*pro hac vice* forthcoming)
Benjamin Johns (*pro hac vice* forthcoming)
Samantha Holbrook (*pro hac vice* forthcoming)
**SHUB LAW FIRM LLC**
134 Kings Hwy. E., 2nd Fl.
Haddonfield, NJ 08033
Telephone: (856) 772-7200
jshub@shublawyers.com

Troy M. Frederick (*pro hac vice* forthcoming)
Beth A. Frederick (*pro hac vice* forthcoming)
**FREDERICK LAW GROUP, PLLC**
836 Philadelphia Street
Indiana, PA 15701
Telephone: (724) 801-8555

bjohns@shublawyers.com
sholbrook@shublawyers.com

*Counsel for Plaintiffs and the Proposed Classes*

*/s/ Shaniqua L. Singleton*
S. Wade Malone
Georgia Bar No. 468015
Shaniqua L. Singleton
Georgia Bar No. 819618
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St NW
Atlanta, Georgia 30363
Tel: 404-322-6000
Fax: 404-322-6050
wade.malone@nelsonmullins.com
shaniqua.singleton@nelsonmullins.com

*Counsel for Mercedes-Benz USA, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 28, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record. In addition, I certify that I emailed this document to counsel for Mercedes-Benz USA, LLC at wade.malone@nelsonmullins.com, shaniqua.singleton@nelsonmullins.com, TYoshino@winston.com, and DBlouin@winston.com. Mercedes-Benz Group AG has not been served in this action and has not yet agreed to waive service.

/s/ *Muriel J. Kenfield-Kelleher*
Muriel J. Kenfield-Kelleher