**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ALEXANDER SOWA, *et al.*,

on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

CASE NO. 1:23-cv-00636-SEG

CLASS ACTION

**NOTICE OF RELATED CASE**

---

MICHAEL WEBER,

individually and on behalf of all others similarly situated,

Plaintiff,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

CASE NO. 1:23-cv-00706-SEG

[*caption continues on next page*]

| | |
|---|---|
| ANTHONY RUSSELL,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | CASE NO. 1:23-cv-01025-SEG |
| VALERIE JANE FORTE and DR. DONNA ANNE STRIGARI,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants.<br><br>[*caption continues on next page*] | CASE NO. 1:23-cv-01133-SEG |

| | | |
|---|---|---|
| STEVEN AVERBACH,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | ) | CASE NO. 1:23-cv-01156-SEG |
| STANLEY KING,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | ) | CASE NO. 1:23-cv-01310-SEG |

Plaintiffs in Case Nos. 1:23-cv-00636-SEG, 1:23-cv-00706-SEG, 1:23-cv-01025-SEG, 1:23-cv-01133-SEG, and 1:23-cv-01156-SEG (together "Consolidation Cases") give notice that these actions are related to another pending

action before this Court: *King v. Mercedes-Benz USA, LLC, et al.*, No. 1:23-cv-01310-SEG.

On March 20, 2023, Plaintiffs in the Consolidation Cases filed a Motion for Consolidation and Appointment of Interim Class Counsel, Dkt. 15, along with a Proposed Order, Dkt. 15-4, which remains pending before the Court. Mercedes-Benz USA, LLC did not oppose the motion.[1]

The plaintiff in *King v. Mercedes-Benz USA, LLC, et al.*, No. 1:23-cv-01310-SEG, consents to the consolidation of his action with the Consolidation Cases and the proposed interim class counsel structure. Plaintiffs have filed an Amended Proposed Order for the Court's consideration.

Dated: April 5, 2023

Respectfully submitted,

/s/ *Jonathan D. Selbin*
Jonathan Selbin (*pro hac vice*)
Muriel J. Kenfield-Kelleher (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, Eighth Floor
New York, New York 10013
Telephone: (212) 355-9500
jselbin@lchb.com
mkenfieldkelleher@lchb.com

s/ *Adam J. Levitt*
Adam J. Levitt (*pro hac vice*)
John E. Tangren (*pro hac vice*)
Daniel R. Ferri (*pro hac vice*)
Blake Stubbs (*pro hac vice*)
**DICELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com
bstubbs@dicellolevitt.com

[1] Mercedes-Benz Group AG has not yet appeared in this action. It has not been served nor has it agreed to waive service.

Andrew R. Kaufman (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Suite 1640
Nashville, Tennessee 37201
Telephone: (615) 313-9000
akaufman@lchb.com

Ketan A. Patel (Ga. Bar #121099)
**CORPUS LAW PATEL, LLC**
P.O. Box 724713
Atlanta, Georgia 31139
Telephone: (678) 597-8020
kp@corpus-law.com

Kimberly A. Justice (*Pro Hac Vice*)
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6487
kjustice@fklmlaw.com

Jonathan R. Chally
(Ga. Bar No. 141392)
Stephen D. Councill
(Ga. Bar No. 190358)
Joshua P. Gunnemann
(Ga. Bar No. 152250)
**COUNCILL, GUNNEMANN & CHALLY, LLC**
1210 West Peachtree St. NW, Ste. 2613
Atlanta, Georgia 30309
Telephone: (404) 407-5250
jchally@cgc-law.com
scouncill@cgc-law.com
jgunnemann@cgc-law.com

Alan M. Feldman (*Pro Hac Vice*)
Edward S. Goldis (*Pro Hac Vice*)
Zachary Arbitman (*Pro Hac Vice*)
**FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK & DODIG, LLP**
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
Telephone: (215) 567-8300
afeldman@feldmanshepherd.com
egoldis@feldmanshepherd.com
zarbitman@feldmanshepherd.com

Ariana J. Tadler (*Pro Hac Vice*)
Tony Kim (*Pro Hac Vice*)
**TADLER LAW LLP**
22 Bayview Ave., Suite 200
Manhasset, New York 11030
Telephone: (212) 946-9300
atadler@tadlerlaw.com
tkim@tadlerlaw.com

A.J. de Bartolomeo (*Pro Hac Vice*)
**TADLER LAW LLP**
P.O. Box 475847
3749 Buchanan St.
San Francisco, CA 94123
Telephone: (415) 226-0260
ajd@tadlerlaw.com

Jonathan Shub (*pro hac vice* application forthcoming)
Benjamin Johns (*pro hac vice* application forthcoming)
Samantha Holbrook (*pro hac vice* application forthcoming)
**SHUB LAW FIRM LLC**
134 Kings Hwy. E., 2nd Fl.
Haddonfield, NJ 08033
Telephone: (856) 772-7200
jshub@shublawyers.com
bjohns@shublawyers.com
sholbrook@shublawyers.com

Troy M. Frederick (*pro hac vice* pending)
Beth A. Frederick (*pro hac vice* pending)
**FREDERICK LAW GROUP, PLLC**
836 Philadelphia Street
Indiana, PA 15701
Telephone: (724) 801-8555

William G. Caldes (*Pro Hac Vice* application forthcoming)
Jeffrey L. Spector (*Pro Hac Vice* application forthcoming)
Icee N. Etheridge (*Pro Hac Vice* application forthcoming)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300
Bcaldes@srkattorneys.com
Jspector@srkattorneys.com
Ietheridge@srkattorneys.com

*Counsel for Plaintiffs and the Proposed Classes*

**CERTIFICATE OF COMPLIANCE**

The foregoing complies with Local Rule 5.1 and was prepared using a 14-point Times New Roman font.

Dated: April 5, 2023 By: *Muriel Kenfield-Kelleher*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2023, the foregoing was electronically filed with the Clerk using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system. In addition, I certify that I emailed this document to counsel for Mercedes-Benz USA, LLC at TYoshino@winston.com. Mercedes-Benz Group AG has not been served in this action and has not yet agreed to waive service.

Dated: April 5, 2023 By: *Muriel Kenfield-Kelleher*