**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ALEXANDER SOWA, *et al.*,

on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

CASE NO. 1:23-cv-00636-SEG

CLASS ACTION

**[AMENDED PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE AND APPOINT INTERIM CLASS COUNSEL**

---

MICHAEL WEBER,

individually and on behalf of all others similarly situated,

Plaintiff,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

CASE NO. 1:23-cv-00706-SEG

[*caption continues on next page*]

---

| | | |
|---|---|---|
| ANTHONY RUSSELL,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | ) | CASE NO. 1:23-cv-01025-SEG |
| VALERIE JANE FORTE and DR. DONNA ANNE STRIGARI,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants.<br><br>[*caption continues on next page*] | ) | CASE NO. 1:23-cv-01133-SEG |

| | | |
|---|---|---|
| STEVEN AVERBACH,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | ) | CASE NO. 1:23-cv-01156-SEG |
| STANLEY KING,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | ) | CASE NO. 1:23-cv-01310-SEG |

This matter comes before the Court on Plaintiffs' Motion for Consolidation and Appointment of Interim Class Counsel. The Motion is GRANTED.

Accordingly, the Court ORDERS as follows:

**A. <u>Consolidation of Cases</u>**

1. That Case Nos. 1:23-cv-00636-SEG, 1:23-cv-00706-SEG, 1:23-cv-01025-SEG, 1:23-cv-01133-SEG, 1:23-cv-01156-SEG, and 1:23-cv-01310-SEG be consolidated for all purposes going forward;

2. That the clerk administratively close Case Nos. 1:23-cv-00706-SEG, 1:23-cv-01025-SEG, 1:23-cv-01133-SEG, 1:23-cv-01156-SEG, and 1:23-cv-01310-SEG and direct the parties to file all future pleadings, motions, and other case filings in Case No. 1:23-cv-00636-SEG;

**B. <u>Adjournment of Deadlines</u>**

3. All deadlines for Defendants to respond to the complaints in the above-captioned actions are adjourned;

4. The parties shall meet and confer as to deadlines for the filing of an amended consolidated class action complaint and responses to that complaint and shall present a joint proposed pleading schedule to the Court for consideration;

**C. <u>Appointments to Interim Counsel Leadership Structure.</u>**

**i. <u>Interim Co-Lead Class Counsel</u>**

5. The Court appoints Jonathan D. Selbin (Lieff Cabraser Heimann and Bernstein) and Adam J. Levitt (DiCello Levitt LLC) as Interim Co-Lead Class

Counsel for all Plaintiffs. Interim Co-Lead Class Counsel must assume responsibility for the following duties during all phases of this litigation:

a. Coordinating the work of preparing and presenting all of Plaintiffs' claims and otherwise coordinating all proceedings, including organizing and supervising the efforts of Plaintiffs' counsel in a manner to ensure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, expeditiously, and economically;

b. Delegating work responsibilities and monitoring the activities of all Plaintiffs' counsel in a manner to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

c. Calling meetings of Plaintiffs' counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, and initiating proposals, suggestions, schedules, and any other appropriate matters;

d. Determining (after consultation with other co-counsel as may be appropriate) and presenting (in briefs, oral argument, or such other fashion as he or his designee may deem appropriate) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial (and, if appropriate, trial) proceedings;

e. Serving as the primary contact for all communications between Plaintiffs and Defendants, and acting as spokespersons for all Plaintiffs vis-à-vis Defendants and the Court;

f. Directing and executing on behalf of Plaintiffs the filing of pleadings and other documents with the Court;

g. Appearing at all court hearings and conferences regarding the case as most appropriate for effective and efficient representation, and speaking for Plaintiffs at all such hearings and conferences;

h. Receiving and initiating communication with the Court and the Clerk of the Court (including receiving orders, notices, correspondence, and telephone calls) and dispensing the content of such communications among Plaintiffs' counsel;

i. Initiating and conducting discussions and negotiations with counsel for Defendant on all matters, including settlement;

j. Negotiating and entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

k. Initiating, coordinating, and conducting all discovery on Plaintiffs' behalf and ensuring its efficiency;

l. Selecting, consulting with, and employing experts for Plaintiffs, as necessary;

m. Encouraging and enforcing efficiency among all Plaintiffs' counsel;

n. Assessing Plaintiffs' counsel for the costs of the litigation;

o. Preparing and distributing periodic status reports to the Court and to the parties as ordered;

p. Developing and recommending for Court approval practices and procedures pertaining to attorneys' fees and expenses as further detailed below and, on an ongoing basis, monitoring and administering such procedures. At such time as may be appropriate, Co-Lead Counsel also will determine apportionment and allocation of fees and expenses subject to Court review of any disputes; and

q. Performing such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court.

**ii. <u>Interim Liaison Counsel</u>**

6. The Court appoints Ketan A. Patel (Corpus Law Patel, LLC) as Interim Liaison Counsel for all Plaintiffs. Interim Liaison Counsel is responsible for performing the duties and responsibilities described in the Manual for Complex Litigation § 21.221 (4th ed. 2004), including facilitating and expediting

communications with and among Plaintiffs' counsel and fulfilling such other duties as requested by the Court or Interim Co-Lead Class Counsel. The Court also orders the following:

r. Interim Liaison Counsel is designated as the counsel for all Plaintiffs in all cases upon whom others must serve all notices, orders, pleadings, motions, discovery, and memoranda;

s. Interim Liaison Counsel is authorized to: (a) receive orders, notices, correspondence, and telephone calls from the Court and the Clerk of the Court on Plaintiffs' behalf; and (b) prepare and transmit copies of such orders and notices on Plaintiffs' behalf;

t. Interim Liaison Counsel shall maintain complete files with copies of all documents served and make such files available to all Plaintiffs' counsel on request;

u. Interim Liaison Counsel must maintain and make available to all counsel and the Court an up-to-date service list; and

v. Interim Liaison Counsel shall assume other responsibilities as may be deemed appropriate by Interim Lead Counsel or as ordered by the Court.

**D. <u>Settlement Discussions</u>**

7. Any discussions of a settlement of this litigation shall be conducted by Interim Co-Lead Class Counsel and any counsel designated by Interim Co-Lead Class Counsel;

**E. <u>Application of this Order</u>**

8. This Order applies to all actions included in the above-captioned consolidated matters and all subsequently consolidated actions; and

9. Interim Co-Lead Class Counsel must serve a copy of this Order and all future orders promptly by expeditious electronic means on counsel for Plaintiffs in each related action not yet consolidated in this proceeding to the extent that Interim Class Counsel is aware of any such action(s) and on all attorneys for Plaintiffs whose cases have been so consolidated but who have not yet registered for ECF.

IT IS SO ORDERED:

DATED:____________________ ________________________________

Judge Sarah E. Geraghty
United States District Judge
Northern District of Georgia