**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ALEXANDER SOWA, *et al.*,<br><br>on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | ) | CASE NO. 1:23-cv-00636-SEG<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER ESTABLISHING PLEADING SCHEDULE** |
| MICHAEL WEBER,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants.<br><br>[*caption continues on next page*] | ) | CASE NO. 1:23-cv-00706-SEG |

| | |
|---|---|
| ANTHONY RUSSELL,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | CASE NO. 1:23-cv-01025-SEG |
| VALERIE JANE FORTE and DR. DONNA ANNE STRIGARI,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants.<br><br>[*caption continues on next page*] | CASE NO. 1:23-cv-01133-SEG |

| | | |
|---|---|---|
| STEVEN AVERBACH,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | ) | CASE NO. 1:23-cv-01156-SEG |
| STANLEY KING,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | ) | CASE NO. 1:23-cv-01310-SEG |

This matter comes before the Court on the parties' Joint Notice of Filing Proposed Order Establishing Pleading Schedule. The Court ORDERS as follows:

1. Plaintiffs may file a consolidated amended class action complaint by May 1, 2023.

2. Defendant Mercedes-Benz USA, LLC shall respond to the consolidated amended class action complaint by June 14, 2023.

3. Plaintiffs may file a response in opposition to any motion to dismiss by July 28, 2023.

4. Defendant Mercedes-Benz USA, LLC may file a reply in support of any motion to dismiss by August 25, 2023.

5. The deadlines for filing a motion for class certification prescribed in L.R. 23.1(B) are adjourned.

IT IS SO ORDERED:

DATED:____________________ ________________________________

Judge Sarah E. Geraghty
United States District Judge
Northern District of Georgia