**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ALEXANDER SOWA, *et al.*,

on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

---

MICHAEL WEBER,

individually and on behalf of all others similarly situated,

Plaintiff,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

[*caption continues on next page*]

CASE NO. 1:23-cv-00636-SEG

CLASS ACTION

ANTHONY RUSSELL,

individually and on behalf of all others similarly situated,

Plaintiff,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

---

VALERIE JANE FORTE and DR. DONNA ANNE STRIGARI,

individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

[*caption continues on next page*]

STEVEN AVERBACH,

individually and on behalf of all others similarly situated,

Plaintiff,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

---

STANLEY KING,

individually and on behalf of all others similarly situated,

Plaintiff,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

---

**ORDER**

This matter comes before the Court on the parties' Joint Notice of Filing Proposed Order Establishing Pleading Schedule. (Doc. 21.) The Court ORDERS as follows:

1. Plaintiffs may file a consolidated amended class action complaint by May 1, 2023.

2. Defendant Mercedes-Benz USA, LLC shall respond to the consolidated amended class action complaint by June 14, 2023.

3. Plaintiffs may file a response in opposition to any motion to dismiss by July 28, 2023.

4. Defendant Mercedes-Benz USA, LLC may file a reply in support of any motion to dismiss by August 25, 2023.

5. The deadlines for filing a motion for class certification prescribed in L.R. 23.1(B) are adjourned.

SO ORDERED this 17th day of April, 2023.

Sarah E. Geraghty
United States District Judge