# EXHIBIT 5

**Important Warranty Extension Information**

Mercedes-Benz USA, LLC
A Mercedes-Benz Group AG Company
One Mercedes-Benz Drive
Sandy Springs, GA 30328
Phone: (800) 367-6372

**Mercedes-Benz Warranty Extension Coverage**
**Rear Subframe**
**This notice applies to your vehicle - VIN: ZZZZZXXXXXNNNNMMM**

Customer Name
Customer Address

Dear Mercedes-Benz Owner:

The purpose of this letter is to advise you of additional benefits that Mercedes-Benz USA, LLC (MBUSA) is providing to you regarding your vehicle ownership. In our continuing efforts to assure the proper performance of Mercedes-Benz products and to enhance the satisfaction of our customers, MBUSA has extended the warranty for the rear subframe on the models identified below from the original New Vehicle Limited Warranty of **4 years/50,000 miles** to **20 years/ unlimited miles**, and applies to the vehicle regardless of ownership.

| Model Year | Model (platform) |
|---|---|
| 2005 - 2011 | SLK-Class (R171) |
| 2012 - 2017 | SLK-Class (R172) |
| 2012 - 2016 | CLS-Class (C218) |
| 2013 - 2016 | SL-Class (R231) |

| Model Year | Model (platform) |
|---|---|
| 2008 - 2015 | C-Class Sedan/Coupe (W/C204) |
| 2010 - 2015 | GLK-Class (X204) |
| 2010 - 2016 | E-Class Sedan/Wagon (W/S212) |
| 2010 - 2017 | E-Class Coupe/Cabrio (C/A207) |

To keep your vehicle operating properly, we recommend maintaining and servicing your vehicle according to the intervals set forth in the Mercedes-Benz Maintenance Booklet. More frequent maintenance may be needed for vehicles under severe operating conditions such as dusty areas, very short trip driving, when towing, or driving in areas that use salt to keep roads clear of ice and snow.

**In the event the rear subframe experiences corrosion with perforation (holes), this warranty extension applies to the replacement of the rear subframe under the standard warranty terms and conditions of the New Vehicle Limited Warranty.**

**Replacement of the rear subframe under this warranty extension must be performed by an authorized Mercedes-Benz dealership.**

**This rear subframe warranty extension does not:**

- apply to any other components or conditions beyond the ones mentioned above. Standard warranty terms apply as identified in the Mercedes-Benz Service and Warranty Information Booklet.
- cover any costs you incur to maintain the vehicle in accordance with the recommended service and maintenance intervals as listed in the Mercedes-Benz Maintenance Booklet.

We hope you continue to enjoy your Mercedes-Benz vehicle and apologize for any inconvenience you may have experienced.

Sincerely,
Mercedes-Benz USA

Mercedes-Benz USA, LLC
A Mercedes-Benz Group AG Company
One Mercedes-Benz Drive
Sandy Springs, GA 30328
Phone: (770) 705-0600

**Important Warranty Extension Information**

Mercedes-Benz USA, LLC
A Mercedes-Benz Group AG Company
One Mercedes-Benz Drive
Sandy Springs, GA 30328
Phone: (800) 367-6372

Please contact your authorized Mercedes-Benz dealership for assistance or additional information related to this warranty extension coverage (or visit www.mbusa.com to locate the nearest dealership). If your dealership is unable to remedy your situation, please contact us at 1-800-367-6372.

**Reimbursement to Customers for Covered Replacements Performed Prior to Receipt of this letter**

If your vehicle has exceeded the original warranty's mileage or time-period, and you previously paid for the replacement of a perforated rear subframe due to a covered condition, you may be eligible to receive reimbursement under this warranty extension.

Requests for reimbursement may include expenses for the Mercedes-Benz replacement parts, labor, fees and taxes. Requests for reimbursement costs that were not related to the aforementioned conditions will not be honored.

**Reimbursement may be limited to the amount the rear subframe replacement would have cost if completed by an authorized Mercedes-Benz dealership and replacement performed by a non-Mercedes-Benz dealership might not be reimbursed.**

**Reimbursement will be paid by a check from your authorized Mercedes-Benz dealership. The following documentation must be presented to your servicing or closest Mercedes-Benz dealership for reimbursement:**

Original or clear copy of **all** receipts, invoices and/or repair orders that show:

- The name and address of the person who paid for the rear subframe replacement.
- The Vehicle Identification Number (VIN) of the vehicle that was repaired.
- What problem occurred, what replacement was done, when it was done, and who replaced it.
- Only Mercedes-Benz replacement parts were used for the replacement (if non MB parts, review on case by case basis.
- The total cost of the replacement expense that is being claimed.
- Proof of payment for the replacement (e.g., copy of front and back of cancelled check, or copy of credit card receipt, etc.).

**Important Warranty Extension Information**

Mercedes-Benz USA, LLC
A Mercedes-Benz Group AG Company
One Mercedes-Benz Drive
Sandy Springs, GA 30328
Phone: (800) 367-6372

**Please place the enclosed warranty extension addendum to the inside back cover of your vehicle's Service and Warranty Information Booklet for future reference if necessary, as well as a copy of this letter.**

Service and Warranty

**Mercedes-Benz New Vehicle Limited Warranty Coverage Addendum**

Warranty Coverage Extension – Rear Subframe

This warranty extension applies to the replacement of the rear subframe in the event of significant corrosion including perforation of the steel.

The Mercedes-Benz New Vehicle Limited warranty on the rear subframe is extended to 20 years/ unlimited miles from the vehicle's original warranty start date.

Other components are not covered by this warranty extension.

This extension of the Mercedes-Benz New Vehicle Limited Warranty applies to these vehicles regardless of ownership.

All other warranty terms and exclusions apply to this extension.

© 2023 Mercedes-Benz USA, LLC

Mercedes-Benz USA, LLC
A Mercedes-Benz Group AG Company
One Mercedes-Benz Drive
Sandy Springs, GA 30328
Phone: (770) 705-0600