**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ALEXANDER SOWA, *et al.*,

on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

---

MICHAEL WEBER,

individually and on behalf of all others similarly situated,

Plaintiff,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

[*caption continues on next page*]

CASE NO. 1:23-cv-00636-SEG

CLASS ACTION

ANTHONY RUSSELL,

individually and on behalf of all others similarly situated,

Plaintiff,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

---

VALERIE JANE FORTE and DR. DONNA ANNE STRIGARI,

individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,

Defendants.

[*caption continues on next page*]

| | |
|---|---|
| STEVEN AVERBACH,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the Court is Plaintiffs Alexander Sowa, Tenika Neil, Stephen V. Caggiano, Steven Averbach, Christian Kodom, Lisa Turner, Mike Xie, Pasquale Russolillo, Edward Michael Jacobs, Thomas Koby, Monique Edwards, Yauwen Lin, Stanley King, Samuel Ortiz, Jack Simpson, Brian Laakso, Giuseppe Garofalo, Anthony Russell, Raymond Robinson, Park C. Thomas, Curtis Willis, Alma Brown, and Owen Licht ("Plaintiffs") and Defendant Mercedes-Benz USA, LLC ("MBUSA," together the "Parties") Joint Motion for Extension of Page Limits. Having considered the Parties' Motion and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED. The Court grants leave: (1) for MBUSA to file a motion to dismiss Plaintiffs' Consolidated Complaint that is no more than

45 pages in length; and (2) for Plaintiffs to file a response to MBUSA's motion to dismiss that is no more than 45 pages in length.

SO ORDERED, this 9th day of June, 2023.

Sarah E. Geraghty
United States District Judge