**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Alexander Sowa, Tenika Neil, Stephen V. Caggiano, Steven Averbach, Christian Kodom, Lisa Turner, Mike Xie, Pasquale Russolillo, Edward Michael Jacobs, Thomas Koby, Monique Edwards, Yauwen Lin, Stanley King, Samuel Ortiz, Jack Simpson, Brian Laakso, Giuseppe Garofalo, Anthony Russell, Raymond Robinson, Park C. Thomas, Curtis Willis, Alma Brown, and Owen Licht, individually and on behalf of those similarly situated,

Plaintiffs,

v.

Mercedes-Benz Group AG;
Mercedes-Benz USA, LLC,

Defendants.

Case No. 1:23-cv-00636-SEG

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit the recently-decided case *Chavez v. Plan Benefit Servs.*, No. 22-50368, 2023 WL 5160393 (5th Cir. Aug. 11, 2023) as supplemental authority in opposition to the motion to dismiss filed by Defendant Mercedes-Benz USA, LLC (MBUSA). *Chavez* is relevant to the arguments regarding whether Plaintiffs have standing to assert the claims of absent class

members based on vehicle models other than those owned by the Plaintiffs themselves. These arguments were addressed in Section II of the motion to dismiss and Section III of the opposition.

In *Chavez*, the Fifth Circuit undertook a comprehensive review of how the circuits, including the Eleventh Circuit, approach standing challenges in class cases at the pleading stage. The court recognized that the Eleventh Circuit warns district courts against "conflat[ing] the requirements of individual standing with those for a class representative." *Id.* at *8 (quoting *Fox v. Ritz-Carlton Hotel Co., LLC*, 977 F.3d 1039, 1046 (11th Cir. 2020)). Rather, "class representative standing . . . does not necessarily require that the class representative suffer injury at the same place and on the same day as the class members." *Id.* (quoting *Fox*, 977 F.3d at 1047); *see also id.* (noting that the Eleventh Circuit "takes an approach akin to the Second Circuit," which requires only that the conduct that injured the named plaintiff "implicates the same set of concerns as the conduct alleged to have caused injury to other members of the putative class by the same defendants") (quoting *Barrows v. Becerra*, 24 F. 4th 116, 129 (2d Cir. 2022)). The Fifth Circuit's correct articulation of Eleventh Circuit law further shows that MBUSA's reliance on scattered decisions from the Southern District of Florida is misplaced because those cases contradict binding Eleventh Circuit precedent.

Dated: August 17, 2023

Respectfully submitted,

By: */s/ Jonathan D. Selbin*
Jonathan D. Selbin (*pro hac vice*)
Andrew Kaufman (*pro hac vice*)
Muriel Kenfield-Kelleher (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, Eighth Floor
New York, New York 10013
Telephone: 212-355-9500
jselbin@lchb.com
akaufman@lchb.com
mkenfieldkelleher@lchb.com

***Plaintiffs' Interim Class Counsel***

By: /s/ Adam J. Levitt
Adam J. Levitt (*pro hac vice*)
John E. Tangren (*pro hac vice*)
Daniel R. Ferri (*pro hac vice*)
Daniel R. Schwartz*
Blake Stubbs (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com
dschwartz@dicellolevitt.com
bstubbs@dicellolevitt.com

**pro hac vice* application to be filed

***Plaintiffs' Interim Class Counsel***

/s/ Ketan A. Patel
Ketan A. Patel (Ga. Bar No. 121099)
**CORPUS LAW PATEL, LLC**
P.O. Box 724713
Atlanta, Georgia 31139
Telephone: 678-597-8020
kp@corpus-law.com

***Plaintiffs' Interim Liaison Counsel***

Alan M. Feldman (*pro hac vice*)
Edward S. Goldis (*pro hac vice*)
Zachary Arbitman (*pro hac vice*)
**FELDMAN SHEPHERD WOHLGELERTNER TANNER WEINSTOCK & DODIG, LLP**
1845 Walnut Street, 21st Floor
Philadelphia, Pennsylvania 19103
Telephone: 215-567-8300
afeldman@feldmanshepherd.com

Kimberly A. Justice (*pro hac vice*)
**FREED KANNER LONDON & MILLEN LLLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: 610-234-6487
kjustice@fklmlaw.com

Jonathan R. Chally (Ga. Bar No. 141392)

egoldis@feldmanshepherd.com
zarbitman@feldmanshepherd.com

Ariana J. Tadler (*pro hac vice*)
Tony Kim (*pro hac vice*)
**TADLER LAW LLP**
Manhasset, New York 11030
Telephone: 212-946-9300
atadler@tadlerlaw.com
tkim@tadlerlaw.com

A.J. de Bartolomeo (*pro hac vice*)
**TADLER LAW LLP**
P.O. Box 475847
3749 Buchanan Street
San Francisco, California 94123
Telephone: 415-226-0260
ajd@tadlerlaw.com

Troy M. Frederick (*pro hac vice*)
Beth A. Frederick (*pro hac vice*)
**FREDERICK LAW GROUP, PLLC**
836 Philadelphia Street
Indiana, Pennsylvania 15701
Telephone: 724-801-8555
tmf@fredericklg.com
baf@fredericklg.com

Stephen D. Councill (Ga. Bar No. 190358)
Joshua P. Gunnemann (Ga. Bar No. 152250)
**COUNCILL, GUNNEMANN & CHALLY, LLC**
1210 West Peachtree Street NW, Suite 2613
Atlanta, Georgia 30309
Telephone: 404-407-5250
jchally@cgc-law.com
scouncill@cgc-law.com
jgunnemann@cgc-law.com

William G. Caldes (*pro hac vice*)
Jeffrey L. Spector (*pro hac vice*)
Icee N. Etheridge (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: 215-496-0300
bcaldes@srkattorneys.com
jspector@srkattorneys.com
ietheridge@srkattorneys.com

Jonathan Shub (*pro hac vice*)
Benjamin Johns (*pro hac vice*)
**SHUB & JOHNS LLC**
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400
West Conshohocken, Pennsylvania 19428
Telephone: 610-477-8380
jshub@shublawyers.com
bjohns@shublawyers.com

***Additional Plaintiffs' Counsel***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman