**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| ALEXANDER SOWA, TENIKA NEIL, STEPHEN V. CAGGIANO, STEVEN AVERBACH, CHRISTIAN KODOM, LISA TURNER, MIKE XIE, PASQUALE RUSSOLILLO, EDWARD MICHAEL JACOBS, THOMAS KOBY, MONIQUE EDWARDS, YAUWEN LIN, STANLEY KING, SAMUEL ORTIZ, JACK SIMPSON, BRIAN LAASKO, GIUSEPPE GAROFALO, ANTHONY RUSSELL, RAYMOND ROBINSON, PARK C. THOMAS, CURTIS WILLIS, ALMA BROWN, AND OWEN LICHT, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,<br><br>Defendants. | Case No. 1:23-cv-000636-SEG |

**ORDER**

Before the Court is Defendant Mercedes-Benz USA, LLC's ("MBUSA") Unopposed Motion for Extension of Page Limits. Having considered the motion and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED.

The Court grants leave for MBUSA to file a reply in support of its Motion to Dismiss Plaintiffs' Consolidated Complaint that is no more than 25 pages in length.

SO ORDERED, this 23rd day of August, 2023.

Sarah E. Geraghty
United States District Judge