**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALEXANDER SOWA, TENIKA NEIL, STEPHEN V. CAGGIANO, STEVEN AVERBACH, CHRISTIAN KODOM, LISA TURNER, MIKE XIE, PASQUALE RUSSOLILLO, EDWARD MICHAEL JACOBS, THOMAS KOBY, MONIQUE EDWARDDS, YAUWEN LIN, STANLEY KING, SAMUEL ORTIZ, JACK SIMPSON, BRIAN LAASKO, GIUSEPPE GAROFALO, ANTHONY RUSSELL, RAYMOND ROBINSON, PARK C. THOMAS, CURTIS WILLIS, ALMA BROWN, AND OWEN LICHT, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC AND MERCEDES-BENZ GROUP AG F/K/A DAIMLER AG,<br><br>Defendants. | Case No. 1:23-cv-00636-SEG |

**DEFENDANT MERCEDES-BENZ GROUP AG'S LOCAL RULE 3.3 CERTIFICATE OF INTERESTED PERSONS AND FEDERAL RULE 7.1 <u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Defendant Mercedes-Benz Group AG provides its Corporate Disclosure Statement as follows:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

a. Alexander Sowa, a plaintiff in this action;

b. Tenika Neil, a plaintiff in this action;

c. Stephen V. Caggiano, a plaintiff in this action;

d. Steven Averbach, a plaintiff in this action;

e. Christian Kodom, a plaintiff in this action;

f. Lisa Turner, a plaintiff in this action;

g. Mike Xie, a plaintiff in this action;

h. Pasquale Russolillo, a plaintiff in this action;

i. Edward Michael Jacobs, a plaintiff in this action;

j. Thomas Koby, a plaintiff in this action;

k. Monique Edwards, a plaintiff in this action;

l. Yauwen Lin, a plaintiff in this action;

m. Stanley King, a plaintiff in this action;

n. Samuel Ortiz, a plaintiff in this action;

o. Jack Simpson, a plaintiff in this action;

p. Brian Laakso, a plaintiff in this action;

q. Giuseppe Garofalo, a plaintiff in this action;

r. Anthony Russell, a plaintiff in this action;

s. Raymond Robinson, a plaintiff in this action;

t. Park C. Thomas, a plaintiff in this action;

u. Curtis Willis, a plaintiff in this action;

v. Alma Brown, a plaintiff in this action;

w. Owen Licht, a plaintiff in this action;

x. Mercedes-Benz USA, LLC ("MBUSA"), a defendant in this action. Mercedes-Benz USA, LLC is a Delaware limited liability company with its principal place of business in Sandy Springs, Georgia. MBUSA's parent company is Mercedes-Benz North America Corporation ("MBNAC"). MBNAC is a subsidiary of Mercedes-Benz Capital Nederland B.V., a Dutch Company, whose parent company is Mercedes-Benz Group AG, a publicly held German Akitengesellschaft.

y. Mercedes-Benz Group AG ("MBG"), a defendant in this action. MBG has no parent company, and no publicly held corporation owns 10% or more of its stock.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a. None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Attorneys for Plaintiffs:

Jonathan D. Selbin
Muriel J. Kenfield-Kelleher
Andrew R. Kaufman
LIEF CABRASER HEIMANN & BERNSTEIN, LLP

Ketan A. Patel
CORPUS LAW PATEL, LLC

Kimberly A. Justice
FREED KANNER LONDON & MILLEN LLC

Adam J. Levitt
John E. Tangren
Daniel R. Ferri
Blake Stubbs
DICELLO LEVITT LLC

Jonathan R. Chally
Stephen D. Councill
Joshua Paul Gunnemann
COUNCILL, GUNNEMANN & CHALLY, LLC

Alan M. Feldman
Edward S. Goldis
Zachary Arbitman
FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP

Ariana J. Tadler
Tony Kim
A.J. de Bartolomeo
TADLER LAW LLP

Jonathan Shub
Benjamin F. Johns
Samantha Holbrook
SHUB LAW FIRM LLC

Troy M. Frederick
Beth A. Frederick
FREDERICK LAW GROUP, PLLC

Icee N. Etheridge
Jeffrey L. Spector
William G. Caldes
SPECTOR ROSEMAN & KODROFF, PC-P.PA

<u>Attorneys for Defendant Mercedes-Benz Group AG</u>

S. Wade Malone
Shaniqua L. Singleton
NELSON MULLINS RILEY & SCARBOROUGH LLP

Troy M. Yoshino
Daniel M. Blouin
Shawn Obi

WINSTON & STRAWN LLP

Respectfully submitted this 1st day of September, 2023

*<u>/s/ S. Wade Malone</u>*
S. Wade Malone
Georgia Bar No. 468015
Shaniqua L. Singleton
Georgia Bar No. 819618
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Suite 1700
Atlanta, GA 30363
Tel: 404-322-6000
Fax: 404-322-6050
wade.malone@nelsonmullins.com
Shaniqua.singleton@nelsonmullins.com

*Counsel for Mercedes-Benz Group AG*

**CERTIFICATE OF COMPLIANCE**

I hereby certify, in compliance with Local Rule 5.1(C), that the foregoing has been prepared using 14-point Times New Roman font, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

*/s/ S. Wade Malone*
S. Wade Malone

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically sends e-mail notification of filing to any attorneys of record.

This 1st day of September, 2023

*/s/ S. Wade Malone*
S. Wade Malone