**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| ALEXANDER SOWA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,<br><br>Defendants. | Case No. 1:23-cv-00636-SEG |

**PLAINTIFFS' MOTION TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTHOUSE**

Pursuant to the Court's Standing Order Regarding Civil Litigation, Plaintiffs respectfully submit this motion for permission to bring electronic equipment into the courthouse for the April 16, 2024 hearing on Defendants' Motion to Dismiss (Doc. 28, 32).

Counsel for Plaintiffs request the Court's permission to bring one mobile telephone and one laptop per attorney attending the hearing. Such electronic equipment is necessary to allow counsel for Plaintiffs to participate in the hearing and address any questions that may arise during the same. A proposed order is attached as Exhibit A.

Respectfully submitted this 11th day of April, 2024.

By: /s/ *Jonathan D. Selbin*

Jonathan D. Selbin (pro hac vice)
Andrew Kaufman (pro hac vice)
Muriel Kenfield-Kelleher (pro hac vice)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, Eighth Floor New York, New York 10013 Telephone: 212-355-9500 jselbin@lchb.com
akaufman@lchb.com
mkenfieldkelleher@lchb.com

***Plaintiffs' Interim Class Counsel***

By: /s/ *Adam J. Levitt*

Adam J. Levitt (pro hac vice)
John E. Tangren (pro hac vice)
Daniel R. Ferri (pro hac vice)
Daniel R. Schwartz (pro hac vice)
Blake Stubbs (pro hac vice)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com
dschwartz@dicellolevitt.com
bstubbs@dicellolevitt.com

***Plaintiffs' Interim Class Counsel***

/s/ *Ketan A. Patel*
Ketan A. Patel (Ga. Bar No. 121099)
**CORPUS LAW PATEL, LLC**
P.O. Box 724713
Atlanta, Georgia 31139 Telephone: 678-597-8020
kp@corpus-law.com

***Plaintiffs' Interim Liaison Counsel***

Alan M. Feldman (pro hac vice)
Edward S. Goldis (pro hac vice)
Zachary Arbitman (pro hac vice)
**FELDMAN SHEPHERD WOHLGELERTNER TANNER WEINSTOCK & DODIG, LLP**
1845 Walnut Street, 21st Floor
Philadelphia, Pennsylvania 19103
Telephone: 215-567-8300
afeldman@feldmanshepherd.com
egoldis@feldmanshepherd.com
zarbitman@feldmanshepherd.com

Kimberly A. Justice (pro hac vice)
**FREED KANNER LONDON & MILLEN LLLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: 610-234-6487
kjustice@fklmlaw.com

Ariana J. Tadler (pro hac vice)
Tony Kim (pro hac vice)
**TADLER LAW LLP**
Manhasset, New York 11030
Telephone: 212-946-9300
atadler@tadlerlaw.com
tkim@tadlerlaw.com

A.J. de Bartolomeo (pro hac vice)
**TADLER LAW LLP**
P.O. Box 475847
3749 Buchanan Street
San Francisco, California 94123
Telephone: 415-226-0260
ajd@tadlerlaw.com

Jonathan R. Chally (Ga. Bar No. 141392)
Stephen D. Councill (Ga. Bar No. 190358)
Joshua P. Gunnemann (Ga. Bar No. 152250)
**COUNCILL, GUNNEMANN & CHALLY, LLC**
1210 West Peachtree Street NW
Suite 2613
Atlanta, Georgia 30309
Telephone: 404-407-5250
jchally@cgc-law.com
scouncill@cgc-law.com
jgunnemann@cgc-law.com

Troy M. Frederick (pro hac vice)
Beth A. Frederick (pro hac vice)
**FREDERICK LAW GROUP, PLLC**
836 Philadelphia Street
Indiana, Pennsylvania 15701
Telephone: 724-801-8555
tmf@fredericklg.com
baf@fredericklg.com

***Additional Plaintiffs' Counsel***

William G. Caldes (pro hac vice)
Jeffrey L. Spector (pro hac vice)
Icee N. Etheridge (pro hac vice)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: 215-496-0300
bcaldes@srkattorneys.com
jspector@srkattorneys.com
ietheridge@srkattorneys.com

Jonathan Shub (pro hac vice)
Benjamin Johns (pro hac vice)
**SHUB & JOHNS LLC**
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400
West Conshohocken, Pennsylvania 19428
Telephone: 610-477-8380
jshub@shublawyers.com
bjohns@shublawyers.com

## CERTIFICATE OF COMPLIANCE

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D), and any attachments are consistent with L.R.5.1(B).

*/s/ Ketan Patel*
Ketan Patel