**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

ALEXANDER SOWA, *et al.*,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,

Defendants.

Case No. 1:23-cv-00636-SEG

**ORDER ALLOWING ELECTRONIC EQUIPMENT**

Having reviewed Plaintiffs Motion to Allow Electronic Equipment Into the Courthouse, **IT IS HEREBY ORDERED** that counsel for Plaintiffs be permitted to bring one mobile telephone and one laptop per attorney attending the hearing on behalf of Plaintiffs with them into the Richard B. Russell Federal Building on April 16, 2024. Counsel for Plaintiffs shall present a copy of this Order at the time of entry into the Courthouse on April 16th and maintain a copy of this Order with them while in the Courthouse.

**IT IS SO ORDERED** this______day of April, 2024.

______________________________
Sarah E. Geraghty, United States District Judge
United States District Court