**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ALEXANDER SOWA, TENIKA NEIL, STEPHEN V. CAGGIANO, STEVEN AVERBACH, CHRISTIAN KODOM, LISA TURNER, MIKE XIE, PASQUALE RUSSOLILLO, EDWARD MICHAEL JACOBS, THOMAS KOBY, MONIQUE EDWARDS, YAUWEN LIN, STANLEY KING, SAMUEL ORTIZ, JACK SIMPSON, BRIAN LAASKO, GIUSEPPE GAROFALO, ANTHONY RUSSELL, RAYMOND ROBINSON, PARK C. THOMAS, CURTIS WILLIS, ALMA BROWN, AND OWEN LICHT, individually and on behalf of others similarly situated,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,

Defendants.

Case No. 1:23-cv-00636-SEG

**ORDER ALLOWING ELECTRONIC EQUIPMENT**

Having reviewed Defendants Mercedes-Benz USA, LLC and Mercedes-Benz Group AG's ("Defendants") Motion to Allow Electronic Equipment Into the Courthouse, **IT IS HEREBY ORDERED**

1. That Daniel M. Blouin and Shaniqua L. Singleton, counsel for Defendants, be permitted to bring one mobile telephone, one laptop, and one iPad with them into the Richard B. Russell Federal Building.

2. That the start date the equipment will be brought into the courthouse is April 16, 2024 at 9:00 AM EST.

3. That the end date the equipment will be brought into the courthouse is April 16, 2024 at 5:00 PM EST.

Counsel for Defendants shall present a copy of this Order at the time of entry into the Courthouse on April 16th and maintain a copy of this Order with them while in the Courthouse.

**IT IS SO ORDERED** this 15th day of April, 2024.

Sarah E. Geraghty
United States District Judge