**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALEXANDER SOWA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,<br><br>Defendants. | Case No. 1:23-cv-00636-SEG |

**ORDER ALLOWING ELECTRONIC EQUIPMENT**

Having reviewed Plaintiffs' Motion to Allow Electronic Equipment Into the Courthouse, **IT IS HEREBY ORDERED** that the following counsel each be allowed to bring the following equipment into the Richard B. Russell Federal Building on April 16, 2024:

- Jonathan Selbin – one cellphone and one laptop.
- Andrew Kaufman - one cellphone and one laptop.
- Muriel Kenfield-Kelleher - one cellphone and one laptop.
- Adam Levitt - one cellphone and one laptop.
- John Tangren- one cellphone and one laptop.
- Daniel Schwartz - one cellphone and one laptop.

- Ketan Patel- one cellphone and one laptop.

Counsel for Plaintiffs shall present a copy of this Order at the time of entry into the Courthouse and maintain a copy of this Order with them while in the Courthouse.

**IT IS SO ORDERED** this 15th day of April, 2024.

Sarah E. Geraghty
United States District Judge