**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ALEXANDER SOWA, *et al.*,

Plaintiffs,

v.

MERCEDES-BENZ GROUP AG;
MERCEDES-BENZ USA, LLC,

Defendants.

Case No. 1:23-cv-00636-SEG

# PLAINTIFFS' STATUS REPORT REGARDING CLAIMS OF PLAINTIFF STEVEN AVERBACH

On October 20, 2023, Plaintiffs filed a suggestion of death as to Plaintiff Steven Averbach. Dkt. 47. On April 22, 2024, the Court ordered Plaintiffs to file a status report no later than May 1, 2024 addressing whether "Plaintiff Averbach's claim has been extinguished or if they will move to substitute a new party in interest to pursue his claims." Dkt. 57. Accordingly, Plaintiffs report as follows:

1. Mr. Averbach's counsel, Shub & Johns, sent Mr. Averbach's widow a draft of the suggestion of death on October 16, 2023 via email. Despite several attempts by counsel to contact her, Mrs. Averbach did not confirm receipt or otherwise indicate that she intended to pursue Mr. Averbach's claim as his representative.

2. Shub & Johns served the filed version of the suggestion of death on

Mrs. Averbach via Certified Mail on April 29, 2024.

3. Two individuals who own Class Vehicles purchased in Florida have retained Plaintiffs' Counsel since the filing of the Consolidated Complaint on May 1, 2023, and stand prepared to join the litigation as Plaintiffs and Proposed Class Representatives.

4. Three individuals who own Class Vehicles purchased in Georgia have also retained Plaintiffs' Counsel since the filing of the Consolidated Complaint on May 1, 2023, and stand prepared to join the litigation as Plaintiffs and Proposed Class Representatives.

5. Plaintiffs' Counsel have been contacted by Class Vehicle owners across the United States. Some of these owners purchased in states not currently represented in the Consolidated Complaint and also stand prepared to join the litigation as Plaintiffs and Proposed Class Representatives.

6. Plaintiffs have not previously sought to amend to add additional representatives because they did not wish to interrupt or delay the resolution of the pending motions to dismiss.

7. It is common in large consumer class action litigation to add or substitute in class representatives as the litigation progresses, up to and even at trial if necessary. *See In re Brewer*, 863 F.3d 861, 876 (D.C. Cir. 2017) (noting that the substitution of named plaintiffs is a "routine feature of class actions"); *cf.*

*Birmingham Steel Corp. v. Tennessee Valley Auth.*, 353 F.3d 1331, 1342 (11th Cir. 2003) (holding that the district court should have allowed "a reasonable period of time for the substitution or intervention of a new class representative" prior to trial).

8. If some or all of Plaintiffs' claims survive Defendants' pending dismissal motions, Plaintiffs intend to seek leave (if required) to file an amended complaint, including the above-mentioned Florida and Georgia plaintiffs, as well as plaintiffs from additional states not currently represented in the Consolidated Complaint.

Dated: April 30, 2024

Respectfully submitted,

/s/ *Jonathan D. Selbin*
Jonathan D. Selbin (pro hac vice)
Andrew Kaufman (pro hac vice)
Muriel Kenfield-Kelleher (pro hac vice)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, Eighth Floor
New York, New York 10013
Telephone: 212-355-9500
jselbin@lchb.com
akaufman@lchb.com
mkenfieldkelleher@lchb.com
***Plaintiffs' Interim Class Counsel***

/s/ *Adam J. Levitt*
Adam J. Levitt (pro hac vice)
John E. Tangren (pro hac vice)
Daniel R. Ferri (pro hac vice)
Daniel R. Schwartz (pro hac vice)
Blake Stubbs (pro hac vice)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com
dschwartz@dicellolevitt.com
bstubbs@dicellolevitt.com
***Plaintiffs' Interim Class Counsel***

/s/ *Ketan A. Patel*
Ketan A. Patel (Ga. Bar No. 121099)
**CORPUS LAW PATEL, LLC**
P.O. Box 724713
Atlanta, Georgia 31139
Telephone: 678-597-8020
kp@corpus-law.com
***Plaintiffs' Interim Liaison Counsel***

/s/ *Jonathan Shub*
Jonathan Shub (pro hac vice)
Benjamin Johns (pro hac vice)
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, Pennsylvania 19428
Telephone: 610-477-8380
jshub@shublawyers.com
bjohns@shublawyers.com
***Counsel for Plaintiff Steven Averbach (Deceased)***