**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ALEXANDER SOWA, *et al.*,

Plaintiffs,

v.

MERCEDES-BENZ GROUP AG;
MERCEDES-BENZ USA, LLC,

Defendants.

Case No. 1:23-cv-00636-SEG

**NOTICE OF WITHDRAWAL OF ICEE ETHERIDGE**

Pursuant to Local Rule 83.1(E)(4), Icee Etheridge, previously of Spector Roseman & Kodroff PC hereby withdraws her appearance as counsel for Plaintiff Stanley King in this case. Ms. Etheridge states as follows:

1. Icee Etheridge previously practiced with Spector Roseman & Kodroff PC and was retained to appear and serve as counsel of record on behalf of Plaintiff Stanley King in the above-styled matter.

2. Ms. Etheridge was admitted *pro hac vice* in this case.

3. In addition to Counsel for Plaintiffs in this case, Plaintiff Stanley King will continue to be represented by Willam Caldes and Jeffrey Spector at Spector Roseman & Kodroff PC.

WHEREFORE, Icee Etheridge respectfully requests this Court remove her

as counsel of record for Plaintiff Stanley King.

Respectfully submitted this 7th day of February, 2025.

/s/ *Icee N. Etheridge*
Icee N. Etheridge

## LOCAL RULE 7.1D CERTIFICATION

The undersigned certifies that the foregoing was prepared in Times New Roman 14 point font, which is one of the font and point selections approved by the Court under Local Rule 5.1B.

/s/ *Icee N. Etheridge*
Icee N. Etheridge

## CERTIFICATE OF SERVICE

I certify that on February 7, 2025, I electronically filed the foregoing ***Notice of Withdrawal of Icee Etheridge*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Ketan Patel*
Ketan Patel