**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALEXANDER SOWA, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>MERCEDES-BENZ GROUP AG;<br>MERCEDES-BENZ USA, LLC,<br><br>Defendants. | Case No. 1:23-cv-00636-SEG |

## NOTICE OF WITHDRAWAL

Under L.R. 83.1(E)(4), Andrew R. Kaufman respectfully gives notice of withdrawal as counsel for Plaintiffs Stephen V. Caggiano, Monique Edwards, Giuseppe Garofalo, Edward Jacobs, Thomas Koby, Yauwen Lin, Samuel Ortiz, Raymond Robinson, Alexander Sowa, Park Thomas, and Mike Xie.

These Plaintiffs will continue to be represented by other lawyers from Lieff Cabraser Heimann & Bernstein, LLP, including Jonathan Selbin and Muriel Kenfield-Kelleher.

Mr. Kaufman's withdrawal will not delay trial of the case.

Mr. Kaufman respectfully requests that his appearance in this matter be terminated.

Dated: March 11, 2025

Respectfully submitted,

/s/ *Andrew R. Kaufman*
Andrew Kaufman (pro hac vice)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Ave. S., Suite 1640
Nashville, TN 37201
Telephone: (615) (313) 9000
akaufman@lchb.com

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.1(D), I certify that this NOTICE has been prepared in compliance with the requirements of Local Rule 5.1(C) and (D). Specifically, the text is double-spaced, the font is Times New Roman in 14-point size, and the margins are one inch.

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman