# EXHIBIT 1

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

December 9, 2022

Jonathan D. Selbin
Partner
jselbin@lchb.com

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Matthew Everitt
Vice President and General Counsel
Mercedes-Benz USA
1 Mercedes Benz Dr.
Sandy Springs, GA 30328
matthew.j.everitt@mbusa.com

Dr. Wolfgang Bartels
Vice President and Group General Counsel
Mercedes-Benz Group AG
Corporate Headquarters
Mercedesstraße 120
70372 Stuttgart
Germany
dialog@mercedes-benz.com

CT Corporation System
289 S. Culver St.
Lawrenceville, GA, 30046

RE:   Mercedes-Benz Subframe Failure

Dear Mr. Everitt and Dr. Bartels:

We write on behalf of Mr. Stephen Caggiano and Mr. Alexander Sowa, and all others similarly situated, to notify you that we believe that Mercedes-Benz USA and Mercedes-Benz Group AG have breached express and/or implied warranties, committed fraud, unjustly enriched themselves, and engaged in unfair and deceptive acts and other unlawful practices in connection with their manufacturing, advertising, marketing, and/or sale of Mercedes-Benz vehicles.

Matthew Everitt
December 9, 2022
Page 2

Mr. Caggiano, a Connecticut resident, owns a 2012 Mercedes-Benz C 300, which he purchased certified preowned from a Mercedes-Benz dealership in 2014.  Mr. Sowa, a Rhode Island resident, owns a 2014 Mercedes-Benz C 300, which he purchased certified preowned from a Mercedes-Benz dealership in June of 2017.  Both of these owners purchased a Mercedes-Benz with the reasonable expectation that the vehicle would be safe and dependable.  Instead, they have faced thousands of dollars in repair costs to make their vehicles drivable.  Both of these owners has taken meticulous care of his vehicle, having it regularly serviced either at a Mercedes-Benz service center or at a qualified independent mechanic.

We have learned of numerous individuals who have experienced this same problem.  Many owners first learn that their subframes are dangerously corroded when they bring their vehicle in for routine yearly maintenance.  Often these owners are told that the subframes could fail at any moment, making the vehicles too dangerous to continue driving.  Others become aware of the defect when the subframe cracks while they are driving, causing the rear suspension to become destabilized and the back of the vehicle to fishtail or sway uncontrollably.  Some owners have experienced damage to other parts of their vehicles as a result of the subframe failure, including dented gas tanks, ruptured tires, and corrosion to the vehicle's brake lines or suspension springs.  Service center response varies from acknowledging that there is a widespread issue with premature subframe corrosion to labeling it normal "wear and tear."

Owners have reported that Mercedes-Benz dealers quote between $4,000 and $7,000 to replace the defective subframes.  Some owners have incurred costs in excess of that amount because of damage to other parts of the vehicle as a result of the subframe failure.  Subframe failure can strand drivers, so owners often incur additional costs such as roadside service, towing, and rental cars.  Because the vehicles with subframe corrosion are dangerous to operate, service centers typically keep them for long periods while they diagnose the issue and perform repairs.  As a result, owners are often left without a vehicle for days or even weeks, a significant and potentially costly inconvenience.

The safety risk posed by the defective subframes in Mercedes-Benz vehicles cannot be overstated:  Sudden braking or rough road conditions can cause the subframe to crack while the vehicle is moving, which typically leads to the driver losing control and veering out of their lane.  When a driver attempts to operate a vehicle with a subframe that has already failed, the rear of the vehicle is highly unstable, particularly when turning and braking.  Our firm has spoken to numerous Mercedes-Benz owners who only narrowly avoided life-threatening accidents while driving well-maintained vehicles they believed to be safe.  If an owner is left stranded when their subframe fails, they may face additional safety risks.

Further investigation has confirmed that this problem is widespread amongst Mercedes-Benz vehicle owners.  Specifically, there have been numerous complaints both to the NHTSA and in online forums about subframe corrosion in Class C, GLK, SLK, and E vehicles.

2712056.1

Matthew Everitt
December 9, 2022
Page 3

      Mr. Caggiano and Mr. Sowa allege that Mercedes-Benz USA and Mercedes-Benz Group AG knew of the tendency of their vehicles to exhibit premature subframe corrosion and willfully concealed this defect from consumers. Furthermore, Mercedes-Benz USA and Mercedes-Benz Group AG breached express and implied warranties by failing to disclose the defect and charging vehicle owners to repair the defect. In addition to constituting common law fraud and breach of warranties, these acts and practices also violate the Georgia Fair Business Practices Act, O.C.G.A. § 10-1-390, *et. seq.*, and other similar consumer protection statutes in other states. Mercedes-Benz USA and Mercedes-Benz Group AG engaged in the following proscribed deceptive acts:

      (1) representing that Defective Vehicles have characteristics, uses, benefits, and qualities which they do not have,

      (2) representing that Defective Vehicles are of a particular standard, quality, and grade when they are not,

      (3) advertising Defective Vehicles with the intent not to sell them as advertised,

      (4) representing that a transaction involving Defective Vehicles confers or involves rights, remedies, and obligations which it does not, and

      (5) representing that the subject of a transaction involving Defective Vehicles has been supplied in accordance with a previous representation when it has not.

      On behalf of Mr. Caggiano and Mr. Sowa, and all others similarly situated, we hereby demand that within thirty (30) days of receiving this letter, Mercedes-Benz USA and Mercedes-Benz Group AG agree to (1) inform us what actions, if any, Mercedes-Benz USA and Mercedes-Benz Group AG have taken to repair, fix, or rectify this issue in affected vehicles, (2) cease the deceptive practices described above, (3) correct, repair, replace, or otherwise fix the defective subframes in Mr. Caggiano's and Mr. Sowa's vehicles and other's affected vehicles at no cost, (4) compensate Mr. Caggiano and Mr. Sowa and all others harmed by these practices by reimbursing those individuals who paid for repairs out of pocket, and (5) repair this problem under warranty going forward. If Mercedes-Benz USA and Mercedes-Benz Group AG refuse to provide the demanded relief within 30 days, we will file a class action to seek from Mercedes-Benz USA and Mercedes-Benz Group AG compensatory and punitive damages, restitution, and any appropriate injunctive/equitable relief.

Matthew Everitt
December 9, 2022
Page 4

       If you would like to discuss resolving these violations for all impacted consumers without the need for litigation, I invite you to contact me at any time. You can reach me at (212) 355-9500 ext. 6604, or jselbin@lchb.com. I look forward to hearing from you.

                            Very truly yours,

                            Jonathan Selbin

CC: Corpus Law Patel, LLC