# EXHIBIT 3

FELDMAN
SHEPHERD
WOHLGELERNTER
TANNER
WEINSTOCK
DODIG       LLP

Zachary Arbitman
Partner

zarbitman@feldmanshepherd.com

March 8, 2023

**EMAIL AND CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Matthew Everitt
Vice President and General Counsel
Mercedes-Benz USA
1 Mercedes Benz Dr.
Sandy Springs, GA 30328
matthew.j.everitt@mbusa.com

Dr. Wolfgang Bartels
Vice President and Group General Counsel
Mercedes-Benz Group AG
Corporate Headquarters
Mercedesstraße 120
70372 Stuttgart
Germany
dialog@mercedes-benz.com

CT Corporation System
289 S. Culver St.
Lawrenceville, GA, 30046

RE: **Mercedes-Benz Subframe Failure**

Dear Mr. Everett and Dr. Bartels:

We write on behalf of Mr. Anthony Russell, and all others similarly situated, to notify you that we believe that Mercedes-Benz USA and Mercedes- Benz Group AG have breached express and/or implied warranties, committed fraud, unjustly enriched themselves, and engaged in unfair and deceptive acts and other unlawful practices in connection with their manufacturing, advertising, marketing, and/or sale of Mercedes-Benz vehicles.

Mr. Russell, a Pennsylvania resident, owns a 2013 Mercedes Benz C300 4Matic, which he leased in 2012 from Mercedes-Benz of West Chester and later purchased in 2015 from Mercedes-Benz of Fort Washington. Mr. Russell purchased his Mercedes-Benz with the reasonable expectation that the vehicle would be safe and dependable. Instead, Mr. Russell's subframe became dangerously corroded and, eventually, cracked. He became aware of this defect when his vehicle began to pull left when he applied his brakes while driving. Mr. Russell also experienced

March 8, 2023
Page 2

damage to his suspension system as a result of the subframe corrosion defect. Mr. Russell has faced thousands of dollars in repair costs to make his vehicle drivable.

Mr. Russell alleges that Mercedes-Benz USA and Mercedes-Benz Group AG knew of the tendency of their vehicles to exhibit premature subframe corrosion and willfully concealed this defect from consumers. Furthermore, Mercedes-Benz USA and Mercedes-Benz Group AG breached express and implied warranties by failing to disclose the defect and charging vehicle owners to repair the defect. In addition to constituting common law fraud and breach of warranties, these acts and practices also violate the Georgia Fair Business Practices Act, O.C.G.A. § 10-1-390, *et. seq.*, and other similar consumer protection statutes in other states.

On behalf of Mr. Russell, and all others similarly situated, we hereby demand that within thirty (30) days of receiving this letter, Mercedes-Benz USA and Mercedes-Benz Group AG agree to (1) inform us what actions, if any, Mercedes-Benz USA and Mercedes-Benz Group AG have taken to repair, fix, or rectify this issue in affected vehicles, (2) cease the deceptive practices described above, (3) correct, repair, replace, or otherwise fix the defective subframes in Mr. Russell's vehicle and others' affected vehicles at no cost, (4) compensate Mr. Russell and all others harmed by these practices by reimbursing those individuals who paid for repairs out of pocket, and (5) repair this problem under warranty going forward. If you would like to discuss these issues, I invite you to contact me at any time. You can reach me at (215) 567-8300 or zarbitman@feldmanshepherd.com. I look forward to hearing from you.

Very truly yours,

Zachary Arbitman

ZA/ch
cc:     Corpus Law Patel, LLC

