# EXHIBIT 4



**SPECTOR ROSEMAN & KODROFF** PC

Icee N. Etheridge
Direct Email: ietheridge@srkattorneys.com

March 27, 2023

**EMAIL AND CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Matthew Everitt
Vice President and General Counsel
Mercedes-Benz USA
1 Mercedes Benz Dr.
Sandy Springs, GA 30328
matthew.j.everitt@mbusa.com

Dr. Wolfgang Bartels
Vice President and Group General Counsel
Mercedes-Benz Group AG
Corporate Headquarters
Mercedesstraße 120
70372 Stuttgart
Germany
dialog@mercedes-benz.com

CT Corporation System
289 S. Culver St.
Lawrenceville, GA, 30046

**RE: Mercedes-Benz Subframe Failure**

Dear Mr. Everett and Dr. Bartels:

    We write on behalf of Mr. Stanley King, and all others similarly situated, to notify you that we believe that Mercedes-Benz USA and Mercedes-Benz Group AG have breached express and/or implied warranties, committed fraud, unjustly enriched themselves, and engaged in unfair and deceptive acts and other unlawful practices in connection with their manufacturing, advertising, marketing, and/or sale of Mercedes-Benz vehicles.

    Mr. King, a New Jersey resident, owns a 2010 Mercedes-Benz E350, which he purchased in 2012 from DZ Motors in Rahway, New Jersey. Mr. King purchased his Mercedes-Benz with the reasonable expectation that the vehicle would be safe and dependable. Instead, Mr. King's subframe prematurely and dangerously corroded. He became aware of this defect when he began to notice that

Page 2
March 27, 2023

---

the vehicle was not breaking properly and that he felt he could not control the rear-end of the vehicle. After bringing the vehicle to his mechanic, Mr. King was informed that the vehicle's subframe was corroded and rotting out and that the vehicle was not safe to drive. Mr. King faces thousands of dollars to repair the corroded subframe and make it drivable.

Mr. King alleges that Mercedes-Benz USA and Mercedes-Benz Group AG knew of the tendency of their vehicles to exhibit premature subframe corrosion and willfully concealed this defect from consumers. Furthermore, Mercedes-Benz USA and Mercedes-Benz Group AG breached express and implied warranties by failing to disclose the defect and charging vehicle owners to repair the defect. In addition to constituting common law fraud and breach of warranties, these acts and practices also violate the Georgia Fair Business Practices Act, O.C.G.A. § 10-1-390, *et. seq.*, and other similar consumer protection statutes in other states.

On behalf of Mr. King, and all others similarly situated, we hereby demand that within thirty (30) days of receiving this letter, Mercedes-Benz USA and Mercedes-Benz Group AG agree to (1) inform us what actions, if any, Mercedes-Benz USA and Mercedes-Benz Group AG have taken to repair, fix, or rectify this issue in affected vehicles, (2) cease the deceptive practices described above, (3) correct, repair, replace, or otherwise fix the defective subframes in Mr. King's vehicle and others' affected vehicles at no cost, (4) compensate Mr. King and all others harmed by these practices by reimbursing those individuals who paid for repairs out of pocket, and (5) repair this problem under warranty going forward. If you would like to discuss these issues, I invite you to contact me at any time. You can reach me at (215) 496-0300 or ietheridge@srkattorneys.com I look forward to hearing from you.

Sincerely,

Icee Etheridge