# EXHIBIT 7

**Lieff**
**Cabraser**
**Heimann&**
**Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

May 3, 2024

Jonathan D. Selbin
Partner
jselbin@lchb.com

**VIA CERTIFIED MAIL**

S. Wade Malone
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW
Atlanta, Georgia 30363
Tel: 404-322-6000
wade.malone@nelsonmullins.com

Troy M. Yoshino
WINSTON & STRAWN LLP
101 California St., 35th Fl.
San Francisco, CA 94111
tyoshino@winston.com

RE:  *Sowa, et al. v. Mercedes-Benz Group AG, et al.*, No. 1:23-cv-00636 (N.D. Ga.)

Dear Mr. Yoshino and Mr. Malone:

I write on behalf of Ms. Christine Cooper, Ms. Meri New, Ms. Latoya Clay, Mr. Kevin Sturdivant, Mr. Eugene Lee, Ms. Sandra Pearson, and all others similarly situated, to notify you that we believe that Mercedes-Benz USA LLC and Mercedes-Benz Group AG have breached express and/or implied warranties, committed fraud, unjustly enriched themselves, and engaged in unfair and deceptive acts and other unlawful practices in connection with their manufacturing, advertising, marketing, and/or sale of Mercedes-Benz vehicles. The allegations of these individuals are supplemental to those put forth in the operative complaint in *Sowa, et al. v. Mercedes-Benz Group AG, et al.*, No. 1:23-cv-00636 (N.D. Ga.). Dkt. 25. In Plaintiffs' view, this letter is duplicative of the previous notice letters sent on December 9, 2022, December 21, 2022, March 27, 2023, and April 28, 2023 and is not statutorily required. *See Amin v. Mercedes-Benz USA LLC*, 301 F. Supp. 3d 1277, 1292 (N.D. Ga. 2018). However, Plaintiffs send this letter as a professional courtesy to Defendants.

Ms. Cooper, a New Hampshire resident, purchased her 2014 E 350 new in 2014. Ms. New, a Georgia resident, owns a 2018 Mercedes-Benz C 300, which she purchased used in

S. Wade Malone
Troy M. Yoshino
May 3, 2024
Page 2

Georgia in 2019.  Ms. Clay, a Georgia resident, owns a 2015 Mercedes-Benz C 300, which she purchased used in Georgia in 2022.  Mr. Sturdivant, a Georgia resident, owns a 2016 Mercedes-Benz C 300, which he purchased used from a dealership in Georgia.  Mr. Lee, a Florida resident, owns a 2018 Mercedes-Benz C 350, which he purchased used in Florida in 2024.  Ms. Pearson, a Florida resident, owns a 2012 Mercedes-Benz E 350, which she purchased used in Florida in 2017.  Each of these owners purchased a Mercedes-Benz with the reasonable expectation that the vehicle would be safe and dependable.  Instead, they face the risk that their vehicle's rear subframe and adjacent components will prematurely corrode.  In the case of Ms. Cooper, she has incurred significant out-of-pocket damages to repair corroded components in her Class Vehicle, including her brake lines, for which Mercedes has refused to compensate her.

      The safety risk posed by the defective subframes and adjacent components in Mercedes-Benz vehicles cannot be overstated:  Sudden braking or rough road conditions can cause the subframe to crack while the vehicle is moving, which typically leads to the driver losing control and veering out of their lane.  When a driver attempts to operate a vehicle with a subframe that has already failed, the rear of the vehicle is highly unstable, particularly when turning and braking.  Our firm has spoken to numerous Mercedes-Benz owners who only narrowly avoided life-threatening accidents while driving well-maintained vehicles they believed to be safe.  If an owner is left stranded when their subframe fails, they may face additional safety risks.  Additionally, the defect can cause the corrosion of adjacent components, such as the brake lines, and rear springs. When these components fail, they pose significant risks to the safety and functionality of the vehicle.

      Ms. Cooper, Ms. New, Ms. Clay, Mr. Sturdivant, Mr. Lee, and Ms. Pearson allege that Mercedes-Benz USA LLC and Mercedes-Benz Group AG knew of the tendency of their vehicles to exhibit premature corrosion of the subframe and adjacent components, and willfully concealed this defect from consumers.  Furthermore, Mercedes-Benz USA LLC and Mercedes-Benz Group AG breached express and implied warranties by failing to disclose the defect and charging vehicle owners to repair the defect.  The belated extended warranty, issued by Mercedes-Benz USA LLC in February 2023 ("Limited Subframe Warranty") only after Mercedes-Benz USA LLC and Mercedes-Benz Group AG were put on notice of potential litigation, is not sufficient to remedy the defect.  In addition to constituting common law fraud and breach of warranties, these acts and practices also violate the Georgia Fair Business Practices Act, O.C.G.A. § 10-1-390, *et seq.*, and other similar consumer protection statutes in other states. Mercedes-Benz USA LLC and Mercedes-Benz Group AG engaged in the following proscribed deceptive acts:

> (1) representing that Defective Vehicles have characteristics, uses, benefits, and qualities which they do not have,
>
> (2) representing that Defective Vehicles are of a particular standard, quality, and grade when they are not,

S. Wade Malone
Troy M. Yoshino
May 3, 2024
Page 3

       (3) advertising Defective Vehicles with the intent not to sell them as advertised,

       (4) representing that a transaction involving Defective Vehicles confers or involves rights, remedies, and obligations which it does not, and

       (5) representing that the subject of a transaction involving Defective Vehicles has been supplied in accordance with a previous representation when it has not.

       On behalf of Ms. Cooper, Ms. New, Ms. Clay, Mr. Sturdivant, Mr. Lee, Ms. Pearson and all others similarly situated, we hereby demand that within thirty (30) days of receiving this letter, Mercedes-Benz USA LLC and Mercedes-Benz Group AG agree to (1) inform us what actions, if any, Mercedes-Benz USA LLC and Mercedes-Benz Group AG have taken to repair, fix, or rectify this issue in affected vehicles, notwithstanding the insufficient Limited Subframe Warranty, (2) cease the deceptive practices described above, (3) correct, repair, replace, or otherwise fix the defective subframes in all affected vehicles at no cost, (4) compensate Ms. Cooper and all others harmed by these practices by reimbursing those individuals who paid for repairs out of pocket, and (5) repair this problem prior to the development of extreme corrosion in the Class Vehicles, including any corrosion-susceptible adjacent components, under warranty going forward.  If Mercedes-Benz USA LLC and Mercedes-Benz Group AG refuse to provide the demanded relief to these individuals within 30 days, we will seek leave of the court (if required) to add these individuals as named plaintiffs in the ongoing class action related to this defect.

       If you would like to discuss resolving these violations, I invite you to contact me at any time.  You can reach me at (212) 355-9500 ext. 6604, or jselbin@lchb.com.  I look forward to hearing from you.

       Very truly yours,

Jonathan Selbin

CC: Corpus Law Patel, LLC; DiCello Levitt LLP; Aylstock, Witkin, Kreis & Overholtz, PLLC