# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cv-00636-SEG
## Sowa et al v. Mercedes-Benz USA, LLC et al
## Honorable Sarah E. Geraghty

Minute Sheet for proceedings held In Open Court on 10/16/2025.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:50 A.M.
TIME IN COURT: 00:45
OFFICE LOCATION: Atlanta

COURT REPORTER: Melissa Brock
DEPUTY CLERK: Jordyn Holder

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Elisa Baca representing Mercedes-Benz USA, LLC<br>Samuel Malone representing Mercedes-Benz USA, LLC<br>Shawn Obi representing Mercedes-Benz USA, LLC<br>Ketan Patel representing Plaintiffs<br>John Tangren representing Plaintiffs<br><br>Troy Yoshino representing Mercedes-Benz Group AG |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); |
| MINUTE TEXT: | Discovery conference held by Zoom. After hearing argument on the discovery disputes between the Plaintiffs and the Defendants, the parties were directed to confer and attempt to resolve production requests #38 and #50 without the Court's intervention. The Court DENIED without prejudice production request #51. The Court informed the parties that an order on the [97] Motion for Entry of Defendants' ESI Protocol is forthcoming. In the meantime, the Defendants were directed by the Court to start producing discovery. |
| HEARING STATUS: | Hearing Concluded |