**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALEXANDER SOWA, TENIKA NEIL, STEPHEN V. CAGGIANO, STEVEN AVERBACH, CHRISTIAN KODOM, LISA TURNER, MIKE XIE, PASQUALE RUSSOLILLO, EDWARD MICHAEL JACOBS, THOMAS KOBY, MONIQUE EDWARDS, YAUWEN LIN, STANLEY KING, SAMUEL ORTIZ, JACK SIMPSON, BRIAN LAASKO, GIUSEPPE GAROFALO, ANTHONY RUSSELL, RAYMOND ROBINSON, PARK C. THOMAS, CURTIS WILLIS, ALMA BROWN, AND OWEN LICHT, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,<br><br>Defendants. | Case No. 1:23-cv-00636-SEG |

**NOTICE OF APPEARANCE OF COUNSEL**

Avery Carter, a Senior Associate with the law firm of Nelson Mullins Riley & Scarborough LLP, hereby enters this Notice of Appearance of Counsel on behalf

of Defendants Mercedes-Benz USA, LLC and Mercedes-Benz Group AG f/k/a Daimler AG. Mr. Carter should receive all future notices in this matter.

Respectfully submitted this 1st day of December, 2025.

*/s/ Avery Carter*
Avery Carter
Georgia Bar No. 789576
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St NW
Atlanta, Georgia 30363
Telephone: 404-322-6000
Facsimile: 404-322-6050
avery.carter@nelsonmullins.com

**CERTIFICATE OF SERVICE**

I certify that on December 1, 2025, I electronically filed the foregoing ***Notice of Appearance of Counsel*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Avery Carter*
Avery Carter
Georgia Bar No. 789576
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St NW
Atlanta, Georgia 30363
Telephone: 404-322-6000
Facsimile: 404-322-6050
avery.carter@nelsonmullins.com