# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:23-cv-00636-SEG**
**Sowa et al v. Mercedes-Benz USA, LLC et al**
**Honorable Sarah E. Geraghty**

---

Minute Sheet for proceedings held In Open Court on 11/25/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:54 A.M.
TIME IN COURT: 00:54
OFFICE LOCATION: Atlanta

COURT REPORTER: Denise Stewart
DEPUTY CLERK: Stephanie Pittman

| | |
|---|---|
| ATTORNEYS PRESENT: | Muriel Kenfield-Kelleher representing Plaintiffs<br>Ketan Patel representing Plaintiffs<br>Daniel Schwartz representing Plaintiffs<br>Jonathan Selbin representing Plaintiffs<br>Elisa Hevia Baca representing Defendants<br>Samuel Wade Malone representing Defendants<br>Shawn Obi representing Defendants |
| PROCEEDING CATEGORY: | Discovery Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | The Court heard argument by Zoom on two discovery disputes. As to **Dispute # 1**, the Court stated that it would be disinclined to limit search terms in the manner suggested by Defendants. The Court directed the parties to confer again in good faith to determine whether agreement can be reached on any search terms. The Court strongly encouraged the parties to attempt to find areas of agreement on search terms. The Court will hold a follow-up hearing to discuss this matter on December 12. As to **Dispute # 2**, the Court directed Plaintiffs Brown, Kodom, and Russell to respond to Defendants' interrogatories within 14 days. The parties were directed to confer once more to attempt to reach resolution on the other aspects of Dispute # 2. If they cannot do so, Defendants may file a motion compel by December 9. Finally, the Court noted that Plaintiffs may be heard on December 12 regarding Defendants' alleged failure to timely produce discovery responses. |
| HEARING STATUS: | Hearing Concluded |