**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Alexander Sowa *et al.*, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Mercedes-Benz Group AG;<br>Mercedes-Benz USA, LLC,<br><br>Defendants. | Case No. 1:23-cv-00636-SEG |

**<u>JOINT STATUS REPORT</u>**

Plaintiffs and Defendants Mercedes-Benz Group AG ("MBG") Mercedes-Benz USA, LLC ("MBUSA") (collectively, "the parties"), respectfully submit this joint status report in response to (1) the Court's December 1, 2025 Notice of Hearing of a Second Discovery Dispute Conference scheduled for December 12, 2025 at 10:00 AM EST; (2) the Court's December 5, 2025 Docket Order requiring the submission of any new discovery dispute matters to be raised by Plaintiffs at that Conference by December 9, 2025; and (3) the Court's November 25, 2025 Minute Order directing Plaintiffs Brown, Kodom, and Russell to respond to Defendants' interrogatories within 14 days, by December 9, 2025, and setting a

deadline for Defendants to file a motion compel by December 9, 2025. The parties jointly state as follows:

1. Following the Court's directive at the November 25, 2025 discovery conference, the parties met and conferred by Zoom videoconference on three occasions, on December 4, 5, and 8, 2025.

2. Plaintiffs state that they will not raise additional discovery disputes at the December 12, 2025 conference. Defendants agree to serve supplemental initial disclosures by December 19, 2025 and to supplement interrogatory responses by January 30, 2026. Plaintiffs reserve the right to challenge the substance of those responses once received. The Parties acknowledge that while they have made progress on discussions regarding some search terms, they have not been able to resolve the core issue underlying Dispute #1; namely, the scope of the defect pled.

3. Defendants state that Discovery Dispute #2 has been resolved. Plaintiffs agree to remove all substantive objections (apart from attorney-client privilege) for eleven (11) plaintiffs who were served with interrogatories on May 2, 2025 and responded after June 16, 2025 (Plaintiffs Xie, Licht, Neil, Willis, Garofalo, Simpson, Thomas, Sowa, Koby, Ortiz, Russell). Plaintiffs will serve these supplemental interrogatory responses by January 30, 2026. Defendants reserve the right to challenge the substance of those responses once received.

4. Defendants agree that Plaintiffs may substitute Plaintiffs Brown and Kodom from this Action, who have not responded to written discovery to-date, for new Texas and Illinois representatives, respectively. Defendants further agree that Plaintiffs may substitute Plaintiff Jacobs from this action, who has requested to be withdrawn from the litigation, for a new Michigan representative. Defendants also agreed to withdraw their objections, raised in their Reply Brief in Support of their pending partial Motion to Dismiss, to Plaintiffs' request for leave to amend the operative complaint to add an additional Georgia representative, Christos Hines, which was embedded within Plaintiffs' Opposition brief. *See* ECF No. 104 at 15; ECF No. 107 at 11-14. Plaintiffs will file a substitution motion and a Second Amended Consolidated Complaint by December 16, 2025.[1] Defendants reserve all rights to move to dismiss this complaint based on any new allegations.

5. In exchange, and in light of the Parties' continued need for Court guidance as to the Parties' ESI search terms and scope of written document requests solely seeking information about component parts, the Parties agree to jointly move this Court for an extension of the substantial completion of document production deadline in the Scheduling Order from December 26, 2025 to April 26,

---

[1] Plaintiff Willis, who represents the proposed Texas subclass with Plaintiff Brown, has also requested to be withdrawn from this litigation. Plaintiffs will notice dismissal of his individual claims without prejudice with the filing of their substitution motion.

2025. The Parties will submit a Joint Motion to Amend the Case Schedule by December 12, 2025.

6. In conclusion, the Parties have resolved Plaintiffs' anticipated discovery disputes and Defendants' Discovery Dispute #2, leaving solely the issue of ESI search terms and scope of discovery into component parts at the December 12 conference.

Dated: December 10, 2025

Respectfully submitted,

/s/ *Jonathan D. Selbin*
Jonathan D. Selbin (pro hac vice)
Kenneth Byrd (pro hac vice)
Muriel Kenfield-Kelleher (pro hac vice)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, Eighth Floor
New York, New York 10013
Telephone: 212-355-9500
jselbin@lchb.com
kbyrd@lchb.com
mkenfieldkelleher@lchb.com

/s/ *Adam J. Levitt*
Adam J. Levitt (pro hac vice)
John E. Tangren (pro hac vice)
Daniel R. Ferri (pro hac vice)
Daniel R. Schwartz (pro hac vice)
Elijah G. Savage (pro hac vice)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com

/s/ Troy M. Yoshino
Troy M. Yoshino*
Daniel M. Blouin*
Shawn R. Obi*
Elisa Baca*
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Tel.: (415) 591-1000
Email: TYoshino@winston.com
Email: DBlouin@winston.com
Email: SObi@winston.com
Email: EBaca@winston.com
*admitted pro hac vice

/s/ *S. Wade Malone*
S. Wade Malone
Georgia Bar No. 468015
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St NW
Atlanta, Georgia 30363
Tel: 404-322-6000
Fax: 404-322-6050
wade.malone@nelsonmullins.com

jtangren@dicellolevitt.com
dferri@dicellolevitt.com
dschwartz@dicellolevitt.com
esavage@dicellolevitt.com

***Plaintiffs' Interim Class Counsel***

/s/ *Ketan A. Patel*
Ketan A. Patel (Ga. Bar No. 121099)
**CORPUS LAW PATEL, LLC**
P.O. Box 724713
Atlanta, Georgia 31139
Telephone: 678-597-8020
kp@corpus-law.com

***Plaintiffs' Interim Liaison Counsel***

***Counsel for Defendants Mercedes-Benz USA, LLC and Mercedes-Benz Group AG***