**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| ALEXANDER SOWA, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,<br><br>Defendants. | Case No. 1:23-cv-000636-SEG |

**JOINT MOTION FOR**
**<u>AN AMENDED CASE-SCHEDULING ORDER</u>**

Plaintiffs and Defendants Mercedes-Benz USA, LLC ("MBUSA") and Mercedes-Benz Group AG ("MBG" and together with MBUSA, "Defendants") (collectively, the "Parties"), by and through their undersigned counsel, respectfully move this Court for an Order amending the case schedule set forth in the Court's Scheduling Order ("Scheduling Order") [Dkt. 96]. Good cause exists to grant this motion, as set forth below.

1. On April 23, 2025, this Court entered its Scheduling Order, which opened discovery on April 28, 2025, for the claims that survived Defendants' motion to dismiss. Dkt. 96 at 4.

2. The Scheduling Order requires the substantial completion of document discovery, including the production of electronically stored information ("ESI"), by December 26, 2025. *Id*. The Scheduling Order further sets briefing schedules for class certification and summary judgment, with opening briefs due on June 26, 2026 and July 2, 2027, respectively. *Id*. at 5.

3. The Court has already anticipated the need for a modification to the deadline for substantial completion of document discovery. During an October 16, 2025 discovery conference, the Court stated: "given the fact that you're still awaiting my ruling as to the ESI protocols, if one or both sides has got a request to move [the substantial completion of discovery] deadline, I'm likely to move on that request favorably." *See* Ex. A, Trs. at 24:3-11.

4. An extension of the substantial completion of document production deadline is now necessary. The ESI search terms to be applied by Defendants were finalized on December 12, after the Court ruled that Plaintiffs' proposed search terms should be applied to the ESI in question.

5. Defendants have applied their own ESI search terms over their custodial data and have produced three document production tranches from both Defendants in rolling productions that are ongoing.

6. This extension will give Defendants the necessary time to review and produce documents in accordance with ESI search terms finalized on December 12.

7. In addition, MBUSA recently recognized the need to add an additional ESI custodian. This custodian has been identified, and this mailbox was uploaded to a document review platform on or around December 5, but the review and production of these documents will require time.

8. The scale of this discovery is significant, with an agreed timeframe from 2007 to the date of document collection (i.e., post-filing of the lawsuit) and a foreign language document review. This, compounded by the impending holiday season, makes compliance with the existing deadline of December 26, 2025 unfeasible. Therefore, the Parties request this extension in good faith. Granting this extension serves the interests of judicial economy and fairness to all Parties by mitigating the risk of future discovery disputes arising from a rushed and incomplete production.

9. The Parties also request that the deadlines for various dispositive motion filings be moved to accommodate the requested change in the substantial completion deadline. This alteration in the case schedule will give the Parties adequate time to review produced documents and conduct depositions prior to filing for class certification or summary judgment.

10. In light of the foregoing, the Parties respectfully move for the entry of an order amending the Case Schedule's substantial completion of document production and dispositive motion deadlines as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Substantial completion of document discovery (including production of electronically stored information) | December 26, 2025 | April 27, 2026 |
| Plaintiffs' motion for class certification, and Plaintiffs' class certification expert reports | June 26, 2026 | October 26, 2026 |
| Defendants' opposition to class certification, deposition(s) of Plaintiffs' experts, Defendants' class certification expert reports, and Defendants' Daubert motions regarding Plaintiffs' class certification experts | September 24, 2026 | January 25, 2027 |
| Plaintiffs' reply in support of class certification, deposition(s) of Defendants' class certification experts, Plaintiffs' opposition to Defendants' Daubert motions, Plaintiffs' Daubert motions | December 23, 2026 | April 23, 2027 |

| | | |
|---|---|---|
| regarding Defendants' experts, and Plaintiffs' rebuttal class certification expert reports | | |
| Close of Discovery | May 18, 2027 | N/A |
| Defendants' reply in support of *Daubert* motions, and Defendants' opposition to Plaintiffs' *Daubert* motions | February 5, 2027 | June 7, 2027 |
| Plaintiffs' reply in support of *Daubert* motions | March 19, 2027 | July 19, 2027 |
| Summary judgment motions | July 2, 2027 | November 2, 2027 |
| Opposition to summary judgment | August 2, 2027 | December 6, 2027 |
| Reply in support of summary judgment | September 1, 2027 | January 12, 2028 |

11. The proposed extension of the above deadlines will cause no prejudice to any party. The Parties do not seek to alter the close of discovery deadline, which is set for May 18, 2027, more than a year after the proposed new deadline for substantial completion of production. Dkt. 96 at 5.

12. Defendants have met and conferred with Plaintiffs' counsel regarding this requested extension, and Plaintiffs join this Request.

13. For the foregoing reasons, the Parties have demonstrated good cause for this Motion. Granting this extension serves the interests of justice, will prevent prejudice, and is not sought for the purpose of delay.

WHEREFORE, for the good cause shown herein, the Parties respectfully request that the Court enter an order amending the case schedule as proposed above.

Dated: December 12, 2025

/s/ *Jonathan D. Selbin*
Jonathan D. Selbin (pro hac vice)
Kenneth Byrd (pro hac vice)
Lucas Issacharoff (pro hac vice)
Muriel Kenfield-Kelleher (pro hac vice)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, Eighth Floor
New York, New York 10013
Telephone: 212-355-9500
jselbin@lchb.com
kbyrd@lchb.com
lissacharoff@lchb.com
mkenfieldkelleher@lchb.com

/s/ *Adam J. Levitt*
Adam J. Levitt (pro hac vice)
John E. Tangren (pro hac vice)
Daniel R. Ferri (pro hac vice)
Daniel R. Schwartz (pro hac vice)
Elijah G. Savage (pro hac vice)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

Respectfully submitted,

/s/ *Troy M. Yoshino*
Troy M. Yoshino*
Shawn R. Obi*
Elisa H. Baca*
**WINSTON & STRAWN LLP**
101 California Street, 21st Floor
San Francisco, California 94111
Tel.: (415) 591-1000
TYoshino@winston.com
SObi@winston.com
Ebaca@winston.com
*admitted *pro hac vice*

/s/ *S. Wade Malone*
S. Wade Malone
Georgia Bar No. 468015
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th St. NW
Atlanta, Georgia 30363
Tel.: (404) 322-6000
wade.malone@nelsonmullins.com

*Counsel for Mercedes-Benz USA, LLC*

Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com
dschwartz@dicellolevitt.com
esavage@dicellolevitt.com

*Plaintiffs' Interim Class Counsel*

/s/ *Ketan A. Patel*
Ketan A. Patel (Ga. Bar No. 121099)
**CORPUS LAW PATEL, LLC**
P.O. Box 724713
Atlanta, Georgia 31139
Telephone: 678-597-8020
kp@corpus-law.com

*Plaintiffs' Interim Liaison Counsel*

*and Mercedes-Benz Group AG*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 12, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Troy M. Yoshino*
Troy M. Yoshino

**CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.1(D), I certify that this brief has been prepared pursuant to the requirements of Local Rule 5.1(C) and (D). Specifically, the text is double-spaced, the font is Times New Roman in 14-point size, and margins are one inch.

*/s/ Troy M. Yoshino*
Troy M. Yoshino