# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER SOWA et al., Plaintiffs, v. MERCEDES-BENZ USA, LLC ET AL, Defendants. | CIVIL ACTION FILE NO. 1:23-CV-636 DISCOVERY CONFERENCE |

BEFORE THE HONORABLE SARAH E. GERAGHTY
TRANSCRIPT OF PROCEEDINGS
OCTOBER 16, 2025

APPEARANCES:

For the Plaintiffs: JOHN TANGREN
MURIEL KENFIELD-KELLEHER
Attorney at Law

For the Defendants: TROY YOSHINO
ELISA BACA
KETAN PATEL
WADE MALONE
Attorney at Law

Proceedings recorded by mechanical stenography
and computer-aided transcript produced by

Melissa C Brock, RMR, RPR,
Official Court Reporter
2314 B U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 215-1478

TABLE OF CONTENTS

MISCELLANY

Proceedings, October 16, 2025 ........... 3
Certificate of Court Reporter............. 30

(Atlanta, Fulton County, Georgia, October 16, 2025, in open court.)

P R O C E E D I N G S

THE COURT: Good morning. Good morning, this is Sowa et al. versus MB USA and MB G., case number 1:23-cv-636.

Counsel, can we have your appearances, beginning with the Plaintiffs' side.

MR. TANGREN: Good morning, Your Honor. John Tangren with DiCello Levitt on behalf of the Plaintiffs.

MS. KENFIELD-KELLEHER: Good morning, Your Honor. Muriel Kenfield-Kelleher of Lieff Cabraser on behalf of the Plaintiffs.

MR. PATEL: Good morning, Your Honor. Ketan Patel Corpus Law Patel for the Plaintiffs.

MR. YOSHINO: Good morning, Your Honor. Troy Yoshino of Winston & Strawn for the Mercedes-Benz Defendants.

MS. BACA: Elisa Baca with Winston & Strawn on behalf of Defendants.

MR. MALONE: Good morning, Your Honor, Wade Malone of Nelson and Mullins for the Mercedes entities.

THE COURT: All right. Thank you. Okay.

We are here today for the parties' request for a discovery dispute conference. At issue are three of the Plaintiffs' request for production MB USA Mercedes-Benz Group, Mercedes-Benz USA.

to that issue, but I'm going to put my reasoning, of course, in a written order.

So with that admittedly somewhat critical preface, let me hear from both sides on the issue of timing. And just I'll add one more thing. I understand that you have got a deadline coming up in December for -- I can't remember the exact phrasing -- substantial document production, I think it is. If there is a -- given the fact that you're still awaiting my ruling as to the ESI protocols, if one or both sides has got a request to move that deadline, I'm likely to move on that request favorably.

So all of that said, let's hear from both sides, starting with Mr. Tangren.

MR. TANGREN: Thank you, Your Honor.

We would love to keep that date, if we could. So far, Mercedes hasn't indicated that it doesn't think it can make that date for its own document production.

But our concern is that we served our first set of discovery requests nearly six months ago, in late April, on the day that that discovery opened. And it's been a half years since the Defendants haven't produced a single document.

Discovery has come to a complete standstill and Mercedes has essentially granted itself a stay that it has sought and was denied when we were moving to amend the complaint.

barrier.

But I -- to the extent it's helpful to know, I share the Plaintiffs' concern about the barrier, the timing here of the production.

And should you all -- should either side after -- should any party after today's discussion wish to have a second discovery dispute conference, I'm open that.

Anything else we should discuss before we adjourn?

MR. TANGREN: Nothing further from the Plaintiffs, Your Honor.

MS. BACA: Nothing further, thank you, unless Mr. Yoshino would like to make a comment.

MR. YOSHINO: Nothing further.

THE COURT: Thank you all for your preparation and we are adjourned.

(The proceedings concluded.)

REPORTERS CERTIFICATE

I, Melissa Brock, Official Court Reporter for the United States District Court for the Northern District of Georgia, with offices at Atlanta, do hereby certify:

That I reported on the Stenograph machine the proceedings held in open court on; that said proceedings in connection with the hearing were reduced to typewritten form by me; and that the foregoing transcript is a true and accurate record of the proceedings.

This the 21st day of October, 2025.

/s/ Melissa C.Brock RPR, RMR,
Official Court Reporter