**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| ALEXANDER SOWA, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,<br><br>Defendants. | Case No. 1:23-cv-000636-SEG |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR**
**AN AMENDED CASE-SCHEDULING ORDER**

THIS MATTER having been brought before the Court on the Parties' Joint Motion for Amended Case-Scheduling Order, and the Court having considered the motion, and finding good cause shown, it is:

**ORDERED AND ADJUDGED** that the Court AMENDS the Scheduling Order [Dkt. 96] as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Substantial completion of document discovery (including production of electronically stored information) | December 26, 2025 | April 27, 2026 |

| | | |
|---|---|---|
| Plaintiffs' motion for class certification, and Plaintiffs' class certification expert reports | June 26, 2026 | October 26, 2026 |
| Defendants' opposition to class certification, deposition(s) of Plaintiffs' experts, Defendants' class certification expert reports, and Defendants' Daubert motions regarding Plaintiffs' class certification experts | September 24, 2026 | January 25, 2027 |
| Plaintiffs' reply in support of class certification, deposition(s) of Defendants' class certification experts, Plaintiffs' opposition to Defendants' Daubert motions, Plaintiffs' Daubert motions regarding Defendants' experts, and Plaintiffs' rebuttal class certification expert reports | December 23, 2026 | April 23, 2027 |
| Close of Discovery | May 18, 2027 | N/A |
| Defendants' reply in support of *Daubert* motions, and Defendants' opposition to Plaintiffs' *Daubert* motions | February 5, 2027 | June 7, 2027 |

| | | |
|---|---|---|
| Plaintiffs' reply in support of *Daubert* motions | March 19, 2027 | July 19, 2027 |
| Summary judgment motions | July 2, 2027 | November 2, 2027 |
| Opposition to summary judgment | August 2, 2027 | December 6, 2027 |
| Reply in support of summary judgment | September 1, 2027 | January 12, 2028 |

Except as set forth herein, all other orders and directives set forth in the Scheduling Order [Dkt. 96] remain unchanged.

**SO ORDERED** this _____ day of _________________, 2025.

_____________________________
HON. SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE