UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ALEXANDER SOWA, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | Case No. 1:23-cv-000636-SEG |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

THIS MATTER having been brought before the Court on the Plaintiffs' Unopposed Motion for Leave to File the Second Amended Consolidated Class Action Complaint, and the Court having considered the Motion, and finding good cause shown, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to docket Plaintiffs' proposed Second Amended Consolidated Class Action Complaint (Dkt. 121-1) as the operative complaint in this matter.

**SO ORDERED** this 17th day of December, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE