UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ALEXANDER SOWA, *et al.*, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00636-SEG |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to the Court's Standing Order, Mercedes-Benz Group AG ("MBG") and Mercedes-Benz USA ("MBUSA" and together with MBG, "defendants"), submit this unopposed Motion for an Extension of Time to Respond to the Second Amended Consolidated Class Action Complaint ("SAC"). For the reasons outlined below, defendants respectfully request an extension of time to January 21, 2026.

1.　Plaintiffs filed the SAC on December 17, 2025.

2.　Pursuant to Federal Rule of Civil Procedure 15(a)(3), defendants' motion to dismiss the SAC is due December 31, 2025.

1

3. In light of the holidays, defendants request a three-week extension to file the motion to dismiss on January 21, 2026.

4. The requested extension to January 21, 2026 will allow sufficient time for defendants to prepare and file their motion to dismiss and will not cause delay as the parties are proceeding diligently with the discovery phase of this case.

5. Counsel for defendants conferred with counsel for plaintiffs regarding this requested extension, and plaintiffs do not oppose the request.

WHEREFORE, defendants respectfully request that the Court enter an order extending the deadline to respond to the SAC to January 21, 2026.

Dated: December 19, 2025                    Respectfully submitted,

/s/ *Troy M. Yoshino*
Troy M. Yoshino*
Daniel M. Blouin*
Shawn R. Obi*
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Tel.: (415) 591-1000
TYoshino@winston.com
DBlouin@winston.com
SObi@winston.com
*admitted pro hac vice

S. Wade Malone
Georgia Bar No. 468015
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW
Atlanta, Georgia 30363

Tel: 404-322-6000
Fax: 404-322-6050
wade.malone@nelsonmullins.com

***Counsel for Mercedes-Benz USA, LLC and Mercedes-Benz Group AG***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 19, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ *Troy M. Yoshino*
Troy M. Yoshino

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.1(D), I certify that this brief has been prepared pursuant to the requirements of Local Rule 5.1(C) and (D). Specifically, the text is double-spaced, the font is Times New Roman in 14-point size, and margins are one inch.

/s/ *Troy M. Yoshino*
Troy M. Yoshino