**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

ALEXANDER SOWA, *et al.*, individually and on behalf of others similarly situated,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,

Defendants.

Case No. 1:23-cv-00636-SEG

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

THIS MATTER having been brought before the Court on the Defendants' Motion for Extension of Time to Respond to the Second Amended Consolidated Class Action Complaint. Having considered the motion and noting it is unopposed, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Defendants shall have until January 21, 2026, to respond to the Second Amended Consolidated Class Action Complaint.

**SO ORDERED**, this 22nd day of December, 2025.

HON. SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE