# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:23-cv-00636-SEG**
**Sowa et al v. Mercedes-Benz USA, LLC et al**
**Honorable Sarah E. Geraghty**

---

Minute Sheet for proceedings held In Open Court on 12/12/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:25 A.M.
TIME IN COURT: 00:25
OFFICE LOCATION: Atlanta

COURT REPORTER: Melissa Brock
DEPUTY CLERK: Stephanie Pittman

| | |
|---|---|
| ATTORNEYS PRESENT: | Muriel Kenfield-Kelleher representing Plaintiffs<br>Ketan Patel representing Plaintiffs<br>Daniel Schwartz representing Plaintiffs<br>John E. Tangren representing Plaintiffs<br>Elisa Hevia Baca representing Defendants<br>Shawn Obi representing Defendants |
| PROCEEDING CATEGORY: | Discovery Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | The Court held a second conference by Zoom to further discuss ESI search terms. A transcript of the conference can be found on the docket at Document No. 117. |
| HEARING STATUS: | Hearing Concluded |