**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALEXANDER SOWA, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>MERCEDES-BENZ GROUP AG;<br>MERCEDES-BENZ USA, LLC,<br><br>Defendants. | Case No. 1:23-cv-00636-SEG |

## NOTICE OF WITHDRAWAL

Under L.R. 83.1(E)(4), Edward S. Goldis respectfully gives notice of withdrawal as counsel for Plaintiff Anthony Russell.

Mr. Russell will continue to be represented by other lawyers from Feldman Shepherd Wohlgelernter Tanner Weinstock Dodig, LLP, including Zachary Arbitman and George Donnelly.

Mr. Goldis' withdrawal will not delay trial of the case.

Mr. Goldis respectfully requests that his appearance in this matter be terminated.

Dated: January 6, 2026

Respectfully submitted,

/s/ *Edward S. Goldis*

Edward S. Goldis (pro hac vice)
**FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK DODIG LLP**
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
Telephone: 215.567.8300
Egoldis@feldmanshepherd.com

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.1(D), I certify that this NOTICE has been prepared in compliance with the requirements of Local Rule 5.1(C) and (D). Specifically, the text is double-spaced, the font is Times New Roman in 14-point size, and the margins are one inch.

*/s/ Edward S. Goldis*
Edward S Goldis