# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:23-cv-00636-SEG**
**Sowa et al v. Mercedes-Benz USA, LLC et al**
**Honorable Sarah E. Geraghty**

---

Minute Sheet for proceedings held In Open Court on 04/03/2026.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:19 A.M.
TIME IN COURT: 00:19
OFFICE LOCATION: Atlanta

COURT REPORTER: Melissa Brock
DEPUTY CLERK: Stephanie Pittman

| | |
|---|---|
| ATTORNEYS PRESENT: | Muriel Kenfield-Kelleher representing Plaintiffs<br>John E. Tangren representing Plaintiffs<br>Caitlyn Cheleden representing Defendants<br>Shawn Obi representing Defendants<br>Jeffrey Wilkerson representing Defendants |
| PROCEEDING CATEGORY: | Discovery Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | The Court held a telephone conference to discuss a discovery dispute. The parties disagreed on whether documents regarding the corrosion of component subparts adjacent to the rear subframe are relevant and discoverable. The Court concurred with Plaintiffs that the documents in question are relevant and discoverable. However, the Court expressly withheld ruling on related matters at issue in the pending motion to dismiss. |
| HEARING STATUS: | Hearing Concluded |