**UNITED STATES DISTRICT COURT**
**FOR THE NOTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| ALEXANDER SOWA, et al.,<br><br>Plaintiffs,<br>v.<br><br>MERCEDES-BENZ GROUP AG,<br>MERCEDES-BENZ USA, LLC,<br><br>Defendants. | Case No. 1:23-CV-636-SEG |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Freed Kanner London & Millen LLC has changed its name to Justice Jagher London & Millen LLC. As a result of the name change, the email address for Kimberly A. Justice has changed. Ms. Justice's new email address is kjustice@jjlmlaw.com. All other contact information remains the same.

Dated: April 27, 2026

By: /s/ Kimberly A. Justice
Kimberly A. Justice
JUSTICE JAGHER LONDON
& MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
Tel: (484) 243-6335
Fax: (224) 632-4521
Email: kjustice@jjlmlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2026, a true and correct copy of the foregoing Notice of Change of Firm Name and Email Address was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Kimberly A. Justice*
Kimberly A. Justice