**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALEXANDER SOWA, *et al.*, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | Case No. 1:23-cv-00636-SEG |

## NOTICE OF WITHDRAWAL

Under L.R. 83.1(E)(4), Muriel J. Kenfield-Kelleher respectfully gives notice of withdrawal as counsel for Plaintiffs Alexander Sowa, Stephen V. Caggiano, Park C. Thomas, Raymond Robinson, Thomas Koby, Yauwen Lin, Giuseppe Garofalo, Mike Xie, Samuel Ortiz, Owen Licht, Jack Simpson, Tenika Neil, Pasquale Russolillo, Catherine Harris, Latoya Clay, Jack Powell, Edward Bourne, Courtney Bourne, Reagan Visser, Tracy Higgins, Meri New, Catlleya Suico, and Christos Hines.

These Plaintiffs will continue to be represented by other lawyers from Lieff Cabraser Heimann & Bernstein, LLP, including Jonathan Selbin, Kenneth Byrd, and Lucas Issacharoff.

Ms. Kenfield-Kelleher's withdrawal will not delay trial of the case.

Ms. Kenfield-Kelleher respectfully requests that her appearance in this matter be terminated.

Dated: June 5, 2026

Respectfully submitted,

/s/ *Muriel Kenfield-Kelleher*
Muriel Kenfield-Kelleher (pro hac vice)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, Eighth Floor
New York, New York 10013
Telephone: 212-355-9500
mkenfieldkelleher@lchb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

*/s/ Muriel Kenfield-Kelleher*
Muriel Kenfield-Kelleher

**CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.1(D), I certify that this brief has been prepared pursuant to the requirements of Local Rule 5.1(C) and (D). Specifically, the text is double-spaced, the font is Times New Roman in 14-point size, and margins are one inch.

*/s/ Muriel Kenfield-Kelleher*
Muriel Kenfield-Kelleher