**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALEXANDER SOWA, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,<br><br>Defendants. | Case No. 1:23-cv-00636-SEG |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Winston & Strawn LLP has changed its name to Winston Taylor LLP. As a result of the name change, the email addresses for the following counsel appearing *pro hac vice* have changed:

Troy M. Yoshino (troy.yoshino@winstontaylor.com)
Daniel M. Blouin (dan.blouin@winstontaylor.com)
Shawn R. Obi (shawn.obi@winstontaylor.com)
Jeffrey Wilkerson (jeff.wilkerson@winstontaylor.com)
Elisa Hevia Baca (elisa.baca@winstontaylor.com)
Caitlyn Cheleden (caitlyn.cheleden@winstontaylor.com)

Please direct all future correspondence to the new firm name and/or email addresses. All other contact information remains the same.

Dated: June 24, 2026

Respectfully submitted,

*/s/ Troy M. Yoshino*
Troy M. Yoshino*
Daniel M. Blouin*
Shawn R. Obi*
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111
Tel.: (415) 591-1000
troy.yoshino@winstontaylor.com
dan.blouin@winstontaylor.com
shawn.obi@winstontaylor.com
*admitted *pro hac vice*

*/s/ S. Wade Malone*
S. Wade Malone
Georgia Bar No. 468015
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th St. NW
Atlanta, Georgia 30363
Tel.: 404-322-6000
Fax: 404-322-6050
wade.malone@nelsonmullins.com

***Counsel for Defendants Mercedes-Benz USA, LLC and Mercedes-Benz Group AG***

# CERTIFICATE OF COMPLIANCE

I hereby certify, in compliance with Local Rule 5.1(C), that the foregoing has been prepared using 14-point Times New Roman font, double-spaced lines, with margins of 1 inch.

*/s/ Troy Yoshino*
Troy M. Yoshino

*/s/ S. Wade Malone*
S. Wade Malone

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, the foregoing NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS was filed via CM/ECF, which will automatically serve all counsel of record.

*/s/ Troy Yoshino*
Troy M. Yoshino

*/s/ S. Wade Malone*
S. Wade Malone