**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALEXANDER SOWA, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>MERCEDES-BENZ GROUP AG;<br>MERCEDES-BENZ USA, LLC,<br><br>Defendants. | Case No. 1:23-cv-00636-SEG |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTE that effective immediately the law firm of Spector Roseman & Kodroff, P.C. has changed its name to Spector Caldes & Corrigan, PC. The firm's address, telephone number, and fax number remain unchanged. The email addresses for the following counsel appearing *pro hac vice* have changed to:

| | |
|---|---|
| William G. Caldes | bcaldes@scc.law |
| Jeffrey L. Spector | jspector@scc.law |

Counsel respectfully requests that the Court and all parties update their records accordingly.

DATED: July 14, 2026

/s/ *William G. Caldes*
William G. Caldes (*pro hac vice*)
Jeffrey L. Spector (*pro hac vice*)
**SPECTOR CALDES & CORRIGAN, PC**
Two Commerce Square
2001 Market Street, Suite 3420

Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
bcaldes@scc.law
jspector@scc.law

*Counsel for Plaintiffs*

/s/ *Ketan A. Patel*
Ketan A. Patel (Ga. Bar No. 121099)
CORPUS LAW PATEL, LLC
P.O. Box 724713
Atlanta, Georgia 31139
Telephone: 678-597-8020
kp@corpus-law.com

*Plaintiffs' Interim Liaison Counsel*

## CERTIFICATE OF COMPLIANCE

I hereby certify, in compliance with Local Rule 5.1(C), that the foregoing has been prepared using 14-point Times New Roman font, double-spaced lines, with margins of 1 inch.

/s/ *Ketan A. Patel*
Ketan A. Patel

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of July, 2026, a true and correct copy of NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS was filed via CM/ECF, which will automatically serve all counsel of record.

/s/ *Ketan A. Patel*
Ketan A. Patel