UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER SOWA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ GROUP AG, MERCEDES-BENZ USA, LLC,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:23-CV-636-SEG |

**NOTICE OF PROPOSED APPOINTMENT OF A SPECIAL MASTER**

This is a putative class action in which Plaintiffs allege that Defendants concealed a serious defect in several of their vehicles. Plaintiffs seek to bring claims on behalf of a nationwide class and 17 state subclasses for breach of express and implied warranty, violations of various state consumer protection statutes, fraudulent omission, and unjust enrichment

Currently before the Court is a joint request for resolution of a dispute regarding clawback of allegedly privileged information. The parties have been unable to resolve the matter, and they seek to submit the dispute to the Court for resolution and/or an *in camera* review.

Counsel in this case have worked diligently and in good faith to manage the many discovery tasks and challenges that have arisen in this complex matter. That said, the Court notes it has conducted at least five discovery

dispute conferences to date, (Doc. 85, 103, 109, 130, 141), in addition to issuing written, discovery-related orders (Doc. 96, 105), and a 118-page order on Defendants' motion to dismiss (Doc. 70).

Considering the foregoing, pursuant to Rule 53 of the Federal Rules of Civil Procedure, the Court intends to appoint a special master to assist it and the parties in securing the prompt and orderly disposition of this putative nationwide class action. It is clear to the Court that this matter requires more frequent supervision and attention than the Court can readily provide, given the Court's extensive and growing docket of complex civil and criminal cases for which it is responsible. Accordingly, pursuant to the authority granted to the Court in the Federal Rules of Civil Procedure, the Court gives notice of its intent to appoint Carlos A. González, Esq. (https://gonzalez-law.com) as the special master in this action.

Before entering an order of appointment under Rule 53, the Court must afford the parties notice and an opportunity to be heard and allow "[a]ny party [to] suggest candidates for appointment." Fed. R. Civ. P. 53(b)(1). In compliance with the notice requirement, the Court provides the following information:

1. A copy of the proposed Order of Appointment is attached. The proposed order sets forth the duties and responsibilities of the special master and the parties with respect to the matters entrusted to the special master's care. The order also specifies the compensation to be paid to the special master.

2. As part of the appointment of a special master, he or she must file a declaration attesting that there is no basis for disqualification of the special master under 28 U.S.C. § 455. Mr. González has prepared his Section 455 declaration, and a draft copy of the declaration is also attached.

By way of general background, Mr. González has served several judges of this Court as a special master for many years and in many different cases. He has also had numerous special master appointments in courts in other parts of the country. He has a long record of successfully marshaling and ensuring efficient, fair, and effective discovery in federal class actions.

The Court notifies the parties of the Court's intent to enter the attached Order of Appointment of Special Master on **September 28, 2026**, unless any of the parties notify the Court of substantive, persuasive objections or concerns that the Court finds should be addressed either by phone conference or modification of the draft order. Any party seeking to raise objections or concerns must file its submission no later than **September 25, 2026**. The Clerk **SHALL** submit this matter to the Court on **September 28, 2026**.

**IT IS SO ORDERED** this 11th day of September 2026.

SARAH E. GERAGHTY
United States District Judge