IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALEXANDER SOWA, et al.,

Plaintiffs,

v.

Civil Action Number:
1:23-CV-636-SEG

MERCEDES-BENZ GROUP AG,
MERCEDES-BENZ USA, LLC

Defendants.

**DECLARATION OF CARLOS A. GONZÁLEZ PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 53**

My name is Carlos A. González, and I make this declaration based on personal knowledge.

1.

I am the principal and founder of The González Firm, LLC and an attorney at law licensed to practice in the State of Georgia. I am admitted to practice in all state trial and appellate courts in Georgia. I am also admitted to practice before the Supreme Court of the United States, the United States Court of Appeals for the Eleventh Circuit, the

United States District Court for the Middle District of Georgia, and the United States District Court for the Northern District of Georgia.

2.

I submit this declaration pursuant to Federal Rule of Civil Procedure 53(a)(2) and 53(b)(3)(A) and in support of my appointment as the special master in the above-captioned case.

3.

Based on my review of the *Sowa* docket printed on September 4, 2026, I have familiarized myself with the parties and their counsel in the matter to be referred, and I am also generally aware of the issues to be entrusted to my consideration. As a result of my review, I can attest and affirm that there are no grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as the special master in the captioned case.

4.

By way of additional disclosures, I serve as a special master in a case styled *Callahan, et al., v. United States Dep't of Health and Human Services and United Network for Organ Sharing,* Civil Action № 1:19-cv-1783-AT, Northern District of Georgia. During my involvement in the case, the law firm representing United Network for Organ Sharing

("UNOS") was Winston & Strawn, the predecessor firm of Winston Taylor. The docket in the *Sowa* case reveals that lawyers from Winston Taylor represent the Mercedes-Benz defendants in the case to be referred. One of the Winston Taylor lawyers listed on the docket as representing Mercedes-Benz, Daniel M. Blouin, Esq., is one of the attorneys representing UNOS in the *Callahan* case. Unless directed by Judge Amy Totenberg in the *Callahan* case to take on additional responsibilities, my work in *Callahan* concluded many months ago.

Additionally, I note that lawyers from Nelson Mullins Riley & Scarborough are also listed as counsel for Mercedes-Benz. Over the years, I mediated three cases in which lawyers from Nelson Mullins represented a party. Two of those cases involved claims against K-12 school districts and the third was a commercial contract dispute. To the best of my knowledge, none of the Nelson Mullins lawyers identified on the *Sowa* docket were involved in any of the cases I mediated for the firm.

5.

I do not now have, nor have I ever owned, any of the Mercedes-Benz vehicle models that are the subject matter of the *Sowa* lawsuit. I

do not now own, nor have I ever owned, stock in Mercedes-Benz Group AG.

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of September 2026.

C. A. González
Georgia Bar № 300330

**The González Firm, LLC**
P. O. Box 49754
Atlanta, GA 30359-2754
770•908•1113
cag@gonzalez-law.com
www.gonzalez-law.com