**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| ALEXANDER SOWA, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | Case No. 1:23-cv-000636-SEG |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR AN AMENDED CASE-SCHEDULING ORDER**

THIS MATTER having been brought before the Court on the Parties' Joint Motion for Amended Case-Scheduling Order, and the Court having considered the motion, and finding good cause shown, it is:

**ORDERED AND ADJUDGED** that the Court AMENDS the Scheduling Order [Dkt. 118] as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Plaintiffs' motion for class certification, and Plaintiffs' class certification expert reports | October 26, 2026 | April 2, 2027 |

| | | |
|---|---|---|
| Defendants' opposition to class certification, deposition(s) of Plaintiffs' experts, Defendants' class certification expert reports, and Defendants' Daubert motions regarding Plaintiffs' class certification experts | January 25, 2027 | July 9, 2027 |
| Plaintiffs' reply in support of class certification, deposition(s) of Defendants' class certification experts, Plaintiffs' opposition to Defendants' Daubert motions, Plaintiffs' Daubert motions regarding Defendants' experts, and Plaintiffs' rebuttal class certification expert reports | April 23, 2027 | October 8, 2027 |
| Close of Discovery | May 18, 2027 | Plaintiffs' proposal: November 2, 2027<br><br>MBG and MBUSA's proposal: Close of Fact Discovery on May 18, 2027 |
| Remaining Events (Close of Expert Discovery, non-class Daubert motions, summary judgment) | Various dates under the Amended Scheduling Order | Suspended; the Parties will submit a proposed schedule for the remaining events within 45 days after the Court's ruling on class certification |

Except as set forth herein, all other orders and directives set forth in the Scheduling Order [Dkt. 96] remain unchanged.

**SO ORDERED** this _____ day of _________________, 2026.

______________________________
HON. SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE