**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALEXANDER SOWA, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,<br><br>Defendants. | Case No. 1:23-cv-000636-SEG |

**ORDER GRANTING DEFENDANTS MERCEDES-BENZ USA, LLC'S AND MERCEDES-BENZ GROUP AG'S MOTION FOR LEAVE TO FILE UNDER SEAL**

For good cause shown, it is ORDERED AND ADJUDGED that Defendants Mercedes-Benz USA, LLC and Mercedes-Benz Group AG's Motion for Leave to File Under Seal is hereby GRANTED. The parties' Joint Request for Resolution of Dispute Regarding Clawback of Privileged Information ("Joint Request") shall be sealed on the docket. Defendants are directed to refile the Joint Request with their redactions.

SO ORDERED, this 1st day of October, 2026.

Honorable Sarah E. Geraghty
District Court Judge
United States District Court
Northern District of Georgia