**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| ALEXANDER SOWA, *et al.*, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>Defendants. | Case No. 1:23-cv-00636-SEG |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF ANTHONY RUSSELL UNDER FRCP 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Anthony Russell, through his undersigned counsel, hereby voluntarily dismisses without prejudice all of his claims in the above-captioned case.

This voluntary dismissal is not intended to, nor should it be construed to, constitute a dismissal of any other plaintiff or claim in this litigation. The remaining plaintiffs continue to pursue their claims on behalf of the proposed Class as stated in the Second Amended Consolidated Class Action Complaint.

Dated: October 15, 2026

Respectfully submitted,

/s/ *Adam J. Levitt*
Adam J. Levitt (pro hac vice)
John E. Tangren (pro hac vice)
Daniel R. Schwartz (pro hac vice)
Elijah G. Savage (pro hac vice)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dschwartz@dicellolevitt.com
esavage@dicellolevitt.com

*Plaintiffs' Interim Class Counsel*

/s/ *Jonathan D. Selbin*
Jonathan D. Selbin (pro hac vice)
Kenneth Byrd (pro hac vice)
Lucas Issacharoff (pro hac vice)
Celena H. Nelson (pro hac vice)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, Eighth Floor
New York, New York 10013
Telephone: 212-355-9500
jselbin@lchb.com
kbyrd@lchb.com
lissacharoff@lchb.com
cnelson@lchb.com

*Plaintiffs' Interim Class Counsel*

/s/ *Ketan A. Patel*
Ketan A. Patel (Ga. Bar No. 121099)
**CORPUS LAW PATEL, LLC**
P.O. Box 724713
Atlanta, Georgia 31139
Telephone: 678-597-8020
kp@corpus-law.com

*Plaintiffs' Interim Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

*/s Ketan A. Patel*
Ketan A. Patel